UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 17-CV-23686 ALTONAGA/GOODMAN

AT LAW AND IN ADMIRALTY

IRIS NATHANS,

    Plaintiff

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF FILING EXHIBITS D, E, F, G AND H
OF PLAINTIFF'S RESPONSE IN OPPOSITION TO
<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

The Plaintiff, hereby gives Notice of Filing Exhibits D, E, F, G and H of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment as follows:

1.     Exhibit D: Affidavit of Robert Nathans a/k/a Robert Zash.

2.     Exhibit E: FUNTIMES.

3.     Exhibit F: Two Minute Trainer.

4.     Exhibit G: Defendant's First Amended Supplemental Answers to Plaintiff's Interrogatories dated April 16, 2018.

5.     Exhibit H: Defendant's Verified Answers to Interrogatories dated April 19, 2018.

Respectfully submitted,

By: *s/ Christopher B. Smith*
John H. Hickey, Esq. (FBN 305081)
Email: hickey@hickeylawfirm.com
Christopher B. Smith, Esq. (FBN 0121925)
Email: csmith@hickeylawfirm.com
Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL  33131
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: *s/ Christopher B. Smith*
csmith@hickeylawfirm.com
FBN: 121925

## SERVICE LIST

### CASE NO.: 17-cv-23686 ALTONAGA/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>Email: hickey@hickeylawfirm.com<br>Christopher B. Smith, Esq. (FBN 121925)<br>Email: csmith@hickeylawfirm.com<br>Kathleen Phillips, Esq. (FBN 168149)<br>Email: kphillips@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Attorneys for Plaintiff* | David J. Horr, Esq. (FBN 310761)<br>Email: dhorr@admiral-law.com<br>Juan C. Perez, Esq. (FBN 91581)<br>Email: jperez@admiral-law.com<br>Horr, Novak & Skipp, P.A.<br>Two Datran Center, Suite 1700<br>9130 South Dadeland Boulevard.<br>Miami, FL  33156<br>Tel. (305) 670-2525<br>Fax (305) 670-2526<br>*Attorneys for Defendant* |