EXHIBIT E

# FUNTIMES

## WELCOME ABOARD CARNIVAL PRIDE!

SUNDAY, NOVEMBER 27, 2016
SUNRISE: 7:01AM | SUNSET: 4:44PM
TONIGHT'S ATTIRE: CRUISE CASUAL

## TOP ENTERTAINMENT

**CARIBBEAN SAIL AWAY PARTY**
Join your Cruise Director, Steve, and DJ Saxy for the island music to kick off your vacation, Caribbean style. It's time to say "Adios, Baltimore... Hello, FUN!"
5:00pm    Lido, 9 Mid

**HIGH SEAS KARAOKE**
Warm up those vocal chords, it's time to step up to the stage, grab the mic and channel your inner idol. Can you hit it? Become the audience favorite and the prize is yours!
6:45pm - 8:15pm    Butterflies, 1 Fwd

**$500 3-GAME BINGO**
Not one, not two, but three games of BINGO fun where you can play and win up to $500. Or, play Carnival Cash Craze and win up to $2,000 instantly! Can you say "Ka-ching?!?" $
8:15pm    BINGO Card Sales    Taj Mahal, 2 Fwd
8:45pm    $500 3-Game BINGO    Taj Mahal, 2 Fwd

**PIANO BAR SING ALONG WITH LAURIE**
Pull up a seat, order your favorite drink and let Laurie know the songs you want to hear. Then join the sing-along for a hand-clapping, foot-tapping good time for all ages!
9:00pm - 10:30pm    Ivory Piano Bar, 3 Fwd
10:30pm - Late (18+)    Ivory Piano Bar, 3 Fwd

**WELCOME ABOARD SHOW** ★
Immerse in the fun of cruising! Enjoy games, prizes and an awesome Playlist Productions performance. Plus, get all the inside scoop from your Cruise Director and Fun Squad!
9:45pm    Taj Mahal, 2, 3 & 4 Fwd

**ROCK THE PROMENADE** ★
The fun lives on! Join Steve and the entertainment team for singing, dancing and live music that just won't quit. There's no such thing as too much fun!
10:30pm    RedFrog Pub, 2 Fwd

**ELECTRIC WHITE NIGHT**
Electricity is in the air! Come decked out in white and enjoy $1 off your favorite Grey Goose cocktails all night long. Talk about a truly electrifying experience! (18+)
11:30pm - Late    Beauties Nightclub, 2 Aft

**THE PUNCHLINER COMEDY CLUB**
When was the last time you had a good laugh? These performances will knock it out of the ballpark!
CEE JAY JONES
"50 Shades of CRAY" (R-18+)
    11:30pm
    Butterflies, 1 Fwd



★ Carnival favorites | $ Fees apply | * Repeat show
All times based on ship's time (same as port of embarkation).
Programming subject to change.

## YOUR CARNIVAL PRIDE TEAM

CAPTAIN: ALESSANDRO GALOTTO
CHIEF ENGINEER: ROSARIO VASTA
HOTEL DIRECTOR: FREDDY ESQUIVEL
CRUISE DIRECTOR: STEVE KNISLEY

*Here's to a fun and memorable vacation!*
#carnivalpride

### SAILING ITINERARY

**SUNDAY, DAY 1** — Cruise Casual
BALTIMORE — Sail Away: 4:30pm

**MONDAY, DAY 2** — Cruise Elegant
FUN DAY AT SEA

**TUESDAY, DAY 3** — Cruise Casual
FUN DAY AT SEA

**WEDNESDAY, DAY 4** — Cruise Casual
PORT CANAVERAL
Arrival Time: 7:00am
Back On Board: 5:30pm

**THURSDAY, DAY 5** — Cruise Casual
NASSAU
Arrival Time: 11:00am
Back On Board: 7:30pm

**FRIDAY, DAY 6** — Cruise Elegant
FREEPORT
Arrival Time: 7:00am
Back On Board: 1:00pm

**SATURDAY, DAY 7** — Cruise Casual
FUN DAY AT SEA

**SUNDAY, DAY 8**
BALTIMORE
Arrival Time: 9:00am

## WHAT'S HAPPENING

### AFTERNOON

12:30pm  Check Out Camp Carnival    Camp Carnival, 5 Fwd
1:00pm  Art: Guess the Price    Promenade, 2 Mid
1:00pm  Spa Tours    Spa Carnival, 9 Fwd
1:00pm  The Fun Shops Preview    The Fun Shops, 3 Mid
1:00pm  Get to Know Your Ship    Piazza Café, 2 Fwd
2:00pm  Alchemy Martini Tasting (21+) $    Alchemy Bar, 2 Aft
4:30pm  Carnival Pride Sets Sail

### EVENING

5:00pm  Art: Guess the Price & Win    Promenade, 2 Mid
5:00pm  Build a Bar Event (21+)    The Fun Shops, 3 Mid
5:00pm  Caribbean Sail Away Party    Lido, 9 Mid
5:00pm  Spa Raffle    Spa Carnival, 9 Fwd
5:00pm  Your Time: Friends of Bill W.    Nobel Library, 3 Fwd
5:15pm  Seminar: Improve Walking & Posture    Aerobics Studio, 10 Fwd
5:30pm  ProPortraits Photo Ops    Photo Ops, Deck 2 & 3
6:00pm  Tobacco Savings (18+)    The Fun Shops, 3 Mid
6:00pm  Art Auction Registration    Raphael Room Art Gallery, 3 Aft
6:30pm  50% Off Fine Jewelry Event    The Fun Shops, 3 Mid
6:45pm  High Seas Karaoke    Butterflies, 1 Fwd
7:00pm  Check Out Camp Carnival    Camp Carnival, 5 Fwd
7:00pm  Texas Hold 'Em Demo (18+)    Winner's Club Casino, 2 Mid
7:30pm  Liquor Tasting (21+)    The Fun Shops, 3 Mid
7:45pm  Trivia: TV Tunes    Taj Mahal, 2 Fwd
8:00pm  Spa Tours    Spa Carnival, 9 Fwd
8:15pm  BINGO Card Sales    Taj Mahal, 2 Fwd
8:30pm  Circle "C" Meet & Greet    Circle "C", 4 Fwd
8:30pm  Club O2 Meet & Greet    Club O2, 10 Fwd
8:45pm  $500 3-Game BINGO    Taj Mahal, 2 Fwd
9:00pm  Hold 'Em Players Meet (18+) $    Winner's Club Casino, 2 Mid
9:15pm  Welcome Aboard Event    The Fun Shops, 3 Mid
9:15pm  Your Time: Singles Meet & Greet    Atrium Lobby, 2 Mid
9:45pm  Welcome Aboard Show    Taj Mahal, 2, 3 & 4 Fwd
10:00pm  Hold 'Em Players Meet (18+) $    Winner's Club Casino, 2 Mid
10:00pm  Night Owls (0-11) $    Camp Carnival, 5 Fwd
10:15pm  Rock the Promenade    RedFrog Pub, 2 Fwd
10:30pm  Big Loot Draw (18+) $    Winner's Club Casino, 2 Mid
11:00pm  Your Time: LGBT Gathering    Alchemy Bar, 2 Aft
11:30pm  Comedy: Cee Jay Jones (R-18+)    Butterflies, 1 Fwd

**Get FunTimes on your phone!**
www.Carnival-HubApp.com

## FOOD

### LUNCH

Blueiguana Cantina, 9 Mid    11:30am - 3:45pm
Chef's Choice: Italian, Mermaid's Grille, 9 Aft    11:30am - 2:15pm
Chopsticks, Mermaid's Grille, 9 Aft    11:30am - 2:30pm
Lido Buffet, Mermaid's Grille, 9 Aft    11:30am - 5:45pm
Guy's Burger Joint, 9 Mid    11:30am - 6:00pm

### DINNER

Dining Inquiries, Normandie Restaurant, 3 Aft    12:30pm - 5:00pm
Bonsai Sushi $, 2 Mid    5:00pm - 12:00am
David's Steakhouse $, 10 Mid    5:30pm - 9:30pm
Your Time Dining, Normandie Restaurant, 3 Aft    5:45pm - 9:30pm
Early Dining, Normandie Restaurant, 2 Aft    6:00pm
Lido Buffet, Mermaid's Grille, 9 Aft    6:00pm - 9:30pm
Late Dining, Normandie Restaurant, 2 Aft    8:15pm

### HUNGRY FOR MORE?

Pizza Pirate, 9 Aft    24 Hours
Swirls Soft Serve and FroYo, Swirls, 9 Mid    24 Hours
Carnival Deli, 9 Aft    11:30pm - 11:00pm
David's Steakhouse: The Taste Bar, 2 Fwd    5:30pm - 6:30pm
Late Night Snacks, Mermaid's Grille, 9 Aft    11:00pm - 1:00am

### DRINKS

Coffee Bar, 9 Aft    Until late - 5:00pm
Blueiguana Tequila Bar, 9 Mid    Embark - 6:00pm
Serenity Bar, 9 Aft    Until late - 6:30pm
Piazza Café, 2 Fwd    Embark - 11:30pm
RedFrog Pub, 2 Fwd    Embark - 2:00am
Renaissance Lobby Bar, 2 Mid    Embark - 2:00am
SkyBox Sports Bar, 2 Fwd    Embark - 2:00am
RedFrog Rum Bar, 9 Mid    Embark - 10:00pm
Casino Bar, 2 Mid    12:00pm - Late
Alchemy Bar, 2 Aft    2:00pm - 2:00am

### POOLS

Carnival WaterWorks, 11 Aft    12:00pm - Sunset
Towel Station, 9 Mid    12:00pm - 6:00pm
Serenity Towel Hut, 9 Aft    12:00pm - 9:00pm
Forward Pool, 9 Fwd    2:00pm - 10:00pm
Forward Whirlpool, 9 Fwd    2:00pm - 10:00pm
Serenity Pool (21+), 9 Aft    2:00pm - 10:00pm
Serenity Whirlpool (21+), 9 Aft    2:00pm - 10:00pm
Spa Whirlpool (16+), 9 Fwd    2:00pm - 10:00pm

### SPORTS & GAMES

Nobel Library, 3 Fwd    24 Hours
Real Virtuality Arcade, 4 Fwd    24 Hours
Sports Deck, 11 Fwd    Sports Deck, 11 Fwd
1:00am  Free Play: Basketball    Sun Deck, 10 Mid
1:00am  Free Play: Bean Bag Toss    Piazza Café, 2 Fwd
1:00am  Free Play: Daily Puzzle    Crystal Card Room, 2 Fwd
1:00am  Free Play: Games & Cards    Sports Deck, 11 Fwd
1:00am  Free Play: Mini Golf    Ping-Pong Tables, 9 Mid
1:00am  Free Play: Ping-Pong    RedFrog Pub, 2 Fwd
1:00am  Free Play: Shuffleboard
5:00pm  Free Play: Bridge Players Meet (18+)    Crystal Card Room, 2 Fwd

## IMPORTANT:

Today before sailing we will hold our mandatory Safety Briefing. When the signal sounds, please go to your assigned muster station, which is printed on your Sail & Sign card. Please keep all guests staying in your stateroom together and keep your Sail & Sign card in hand.

Safety first! Remember that you are on a moving ship. For your safety please take extra precautions, use hand rails and watch your step. Outdoor decks can become slippery due to humidity and pool water. Please help prevent slip-and-fall accidents by using caution crossing the decks and by drying off after using the pool.

# ALL IN A DAY'S PLAY

## FOOD

**THE CHEF'S TABLE**
An exclusive experience sure to be a highlight of your cruise! Enjoy a sublime multi-course dinner and private tour during an amazing evening with our Master Executive Chef. $
*Dial 0770*

**BONSAI SUSHI**
Bonsai brings more to the table than just sushi. Get your daily fix of fresh creations from land and sea with a beautiful presentation. Don't forget dessert! $
*5:00pm - 12:00am*                        *Bonsai Sushi, 2 Mid*

**THE STEAKHOUSE EXPERIENCE** ✪
Enjoy a complimentary bottle of wine or 50% off your selected bottle when dining tonight on 1st Cruise Elegant evening at our version of the classic American steakhouse experience. $
*5:30pm - 9:30pm*                   *David's Steakhouse, 10 Mid*

## DRINKS

**BOTTOMLESS BUBBLES:
UNLIMITED SODA PROGRAM**
Sail refreshed! Enjoy the great value of our unlimited soda program for the entire cruise. $

**CHEERS!** ✪
Buy now and enjoy the ease and convenience of paying one flat price for your spirited beverages all cruise long! Available for purchase first two days only. (21+) $

**DID SOMEONE SAY, "DRINK SPECIAL"?!?**
Our famous FunShip Special is $1.00 off today! Available at all bars including RedFrog Rum Bar and BlueIguana Tequila Bar. (21+) $

## SHORE EXCURSIONS

Shore Excursions Desk, 2 Mid ............................... 12:00pm - 7:30pm

**SHORE EXCURSIONS**
Swing by the desk to choose from our amazing shore excursion options and get ready to have fun! Order your tickets today. $
*Shore Excursions Desk, 2 Mid*

**THE BEST PRICE GUARANTEE** ✪
Enjoy "best of the best" local hand-selected shore excursions with a value-infused guarantee that ensures you will always get the best price. Not to mention total peace of mind. $
*Shore Excursions Desk, 2 Mid*

## SPA

Fitness Center, 9 Fwd ............................................ 11:00am - 10:00pm
Spa Carnival, 9 Fwd ............................................. 11:00am - 10:00pm

**SPA TOUR & RAFFLE** ✪
Take a relaxation-inspiring tour of the spa and fitness facilities, complete with free "sampler" massages. Enter our raffle for the chance to win $500 in spa credits! Ooh-la-spa!
*1:00pm   Spa Tours                          Spa Carnival, 9 Fwd*
*5:00pm   Spa Raffle                         Spa Carnival, 9 Fwd*
*8:00pm   Spa Tours                          Spa Carnival, 9 Fwd*

**SEMINAR: IMPROVE WALKING & POSTURE**
Got back pain? Tired of having sore knees or hip problems? The solution could be your feet. Swing by for a complimentary foot analysis.
*5:15pm*                                   *Aerobics Studio, 10 Fwd*

## MUSIC

**ATRIUM LOBBY, 2 Mid**
Welcome Aboard Music with DJ Nate          11:45am - 12:30pm
Welcome Aboard Music with DJ Saxy     12:30pm - Safety Briefing
Solo Guitar Sounds with Michael                5:30pm - 6:30pm
Solo Guitar Sounds with Brandon                6:45pm - 7:45pm
Solo Guitar Sounds with Michael                8:00pm - 9:00pm
Solo Guitar Sounds with Brandon               9:15pm - 10:15pm
Guitar Sounds with Michael & Brandon         10:30pm - 11:30pm

**LIDO, 9 Mid**
Caribbean Sounds with Vibes Nation            12:00pm - 12:45pm
Caribbean Sounds with Vibes Nation             1:00pm - 1:45pm
Caribbean Sounds with Vibes Nation             2:00pm - 2:45pm
Caribbean Sounds with Vibes Nation       3:00pm - Safety Briefing

**RAPHAEL LOUNGE, 3 Aft**
Pop Tunes Vintage with Serene & Coco             6:30pm - 7:30pm

**REDFROG PUB, 2 Fwd**
Dancing Through Decades with Adiktion          7:45pm - 8:45pm
Dancing Through Decades with Adiktion          9:00pm - 10:00pm
Dancing Through Decades with Adiktion         10:15pm - 11:15pm
Dancing Through Decades with Adiktion         11:30pm - 12:15am

**ALCHEMY BAR, 2 Aft**
Pop Tunes Vintage with Serene & Coco           8:00pm - 9:00pm
Pop Tunes Vintage with Serene & Coco           9:30pm - 10:30pm
Pop Tunes Vintage with Serene & Coco          10:45pm - 11:45pm

**IVORY PIANO BAR, 3 Fwd**
Piano Bar Sing Along with Laurie                9:00pm - 10:30pm
Piano Bar Sing Along with Laurie (18+)            10:30pm - Late

**BEAUTIES NIGHTCLUB, 2 Aft**
Ladies Night! (18+)                             10:30pm - 11:30pm
Electric White Night (18+)                        11:30pm - Late

## MOVIES

**DIVE-IN MOVIES: COMEDY NIGHT** ✪
Laugh it up under the stars with a great movie line-up that'll put you in vacation mode in no time!
Daddy's Home, PG-13, 1:36 hrs                              7:30pm
Central Intelligence, PG-13, 1:47 hrs                      10:00pm
*Carnival Seaside Theater, 9 Mid*

## CASINO

Winner's Club Tables, 2 Mid ........................... After Sail Away - Late
Winner's Club Slots, 2 Mid ........................... After Sail Away - 4:00am

**DRINKS ON THE HOUSE** ✪
Play slots with your Sail & Sign® card to earn 1,500 points and your drinks are on us! Comparable table play is also eligible. See Casino Host for details. Restrictions may apply. (21+) $
*Winner's Club Casino, 2 Mid*

**SCRATCH-OFF TICKETS: BUNDLES OF FUN**
Ready to try our Bundle Promotion? Buy $25 of scratch-off tickets and get one $5 ticket free. You could scratch your way to a richer you! (18+) $
*Winner's Club Casino, 2 Mid*

**TEXAS HOLD'EM DEMONSTRATION**
Texas is tough...Texas Hold'Em is not! Swing by for a demonstration of when to hold 'em and when to fold 'em! (18+)
*7:00pm*                                 *Winner's Club Casino, 2 Mid*

## SHOPPING

Pixels Gallery, 3 Mid .............................................. 4:30am - 11:00pm
Future Cruise Desk, 2 Fwd ................................... 5:00pm - 7:00pm
Raphael Room Art Gallery, 3 Aft .......................... 5:30pm - 10:00pm
Cherry On Top, 3 Mid ............................................ 6:30pm - 11:30pm
The Fun Shops, 3 Mid ........................................... 6:30pm - 11:30pm

**MAKE YOUR DREAMS COME TRUE**
Our new Dreams Studio experience is an exclusive photo shoot in unique locations, creating your perfect family or romantic story book. By appointment only. Book today! $
*Pixels Gallery, 3 Mid*

**MASTERCARD® WITH FUNPOINTS®** ✪
Earn double FunPoints while you shop on board when you use your Carnival MasterCard with FunPoints. *Offer subject to credit approval. See Terms and Conditions for details.
*Future Cruise Desk, 2 Fwd*

**PIXELS WELCOME ABOARD SPECIAL** ✪
Receive 10% off all photos first two days of cruise only. Bonus: Start earning rewards for photo purchases right away!
*Pixels Gallery, 3 Mid*

**RENEWAL OF VOWS**
Celebrate your love and say "I love you" all over again with a Renewal of Vows ceremony with the Captain. Details available at Cherry on Top. $
*Cherry On Top, 3 Mid*

**GUESS THE PRICE OF THE PAINTING**
Venture your best guess as to what this masterful artwork is worth. Could you have the closest guess? It's free to play!
*1:00pm*                                      *Promenade, 2 Mid*

**BUILD A BAR EVENT: LIQUOR FOR LESS**
Stock up on premium liquor brands for your personal cocktail bar at tax- and duty-free prices up to 50% off. Lowest prices guaranteed. Now that's something you can toast to! (21+)
*5:00pm*                                   *The Fun Shops, 3 Mid*

**50% OFF FINE JEWELRY EVENT**
Welcome aboard! Start your voyage on a high note with brilliant savings of 50% on fine jewelry at this one-night-only event. Don't miss it!
*6:30pm*                                   *The Fun Shops, 3 Mid*

**WELCOME ABOARD EVENT**
Discover the amazing shopping on board and meet our jewelry and watch specialists. They'll help you make the perfect selections at unbeatable tax- and duty-free prices.
*9:15pm*                                   *The Fun Shops, 3 Mid*

## KIDS & TEENS

*Visit Camp Carnival, Circle "C" & Club O2 for youth program details.*

**CHECK OUT CAMP CARNIVAL!** ✪
Calling all of our youngest Carnival cruisers (and their parents!). Explore our facilities, meet our staff, ask questions and register for our fun-filled youth programs.
*12:30pm - 4:00pm*                         *Camp Carnival, 5 Fwd*

CARING FOR OUR AWESOME PLANET: Carnival Cruise Line is committed to sustainability, with the goal to be the industry leader in environmental excellence. Please help to conserve energy, water & reduce waste for a sustainable future. Please note, all garbage must be disposed of in the appropriate bins on board and discharge of any garbage into the sea is prohibited. Carnival Fun Ships are proudly certified by ISO14001 Environmental Management System.

# FUN TIMES

## ENJOY YOUR FUN DAY AT SEA!
MONDAY, NOVEMBER 28, 2016
SUNRISE: 6:53AM | SUNSET: 5:01PM
TONIGHT'S ATTIRE: CRUISE ELEGANT

## TOP ENTERTAINMENT

### FUN ASHORE & FUN ABOARD ★
Your Cruise Director, Steve, has the lowdown on all the fun to be had on board and in our beautiful ports. Be there to win shore excursions and more great prizes!
10:30am — Taj Mahal, 2 Fwd

### CLUE: THE MURDER MYSTERY
Can you figure out whodunit? All the suspects, alibis and intrigue of the classic Hasbro game come to life with your Cruise Director, Steve, and the Fun Squad!
1:45pm — Taj Mahal, 2 Fwd

### $2,000 CLUE BINGO
Join our suspects in a special BINGO session in which we'll reveal the first clue you'll need to figure out the culprit. Cover your card in 49 numbers or less and $2,000 is yours! $
2:15pm   BINGO Card Sales — Taj Mahal, 2 Fwd
3:00pm   $2,000 Clue BINGO — Taj Mahal, 2 Fwd

### THRILLER DANCE CLASS
If there's one theme on board Carnival, it's dancing. Learn some new moves and dance like a werewolf in this awesome dance class. It's the one souvenir you keep for a lifetime.
2:30pm — Taj Mahal, 2 Fwd

### GUESS THAT MOTOWN SONG WITH STEVE
You'll want to belt out the iconic songs when you hear the soulful, pop-influenced music of this amazing era. Join your Cruise Director, Steve, for some Motown fun!
4:15pm — Atrium Lobby, 2 Mid

### THE PUNCHLINER COMEDY CLUB
When was the last time you had a good laugh? These performances will knock it out of the ballpark!

**AZEEM**
"Souvenir Impossible" (PG) — 7:00pm
"Whip Your Kids" (R-18+) — 9:15pm
"I'm Just Serious" (R-18+) — 11:15pm

**CEE JAY JONES**
"Lawd Have Mercy" (PG) — 8:00pm
"100% Foolishness" (R-18+) — 10:15pm
Butterflies, 1 Fwd

### CAPTAIN'S TOAST
Join Captain Alessandro Galotto and the Senior Officers for the traditional Captain's Toast with music, $1 off Bellinis and an exclusive photo opportunity.
7:15pm — Atrium Lobby, 2 Mid

### PLAYLIST PRODUCTIONS:
### 88 KEYS THE ROCK N' ROLL PIANO SHOW ★
Our multi-talented Playlist Productions performers make your favorite all-time piano hits come to life in this high-energy show. It's way more than a piano sing-along!
7:45pm & 9:45pm   Pre-Show Fun — Taj Mahal, 2, 3 & 4 Fwd
8:15pm & 10:15pm   Showtime — Taj Mahal, 2, 3 & 4 Fwd

★ Carnival favorites ($ Fees apply) | * Repeat show
All times based on ship's time (same as port of embarkation).
Programming subject to change.

## WHAT'S HAPPENING

### MORNING
| Time | Event | Location |
|---|---|---|
| 8:00am | Pathway to Yoga S... | Aerobics Studio, 10 Fwd |
| 9:00am | Save on Fashion Watches | The Fun Shops, 3 Mid |
| 9:30am | BINGO Card Sales S... | Taj Mahal, 2 Fwd |
| 9:30am | Live Morning Show with Steve | Channel 13 |
| 9:30am | Morning Show with Steve... | Channel 13 |
| 10:00am | $500 Diamond BINGO $ | Taj Mahal, 2 Fwd |
| 10:15am | Seminar: Acupuncture Intro | Ivory Piano Bar, 3 Fwd |
| 10:30am | Big Loot Draw (18+) $... | Winner's Club Casino, 2 Mid |
| 10:30am | Cruise Club $10 Style... | The Fun Shops, 3 Mid |
| 10:30am | Fun Ashore & Fun Aboard | Taj Mahal, 2 Fwd |
| 11:00am | Guess That Song: Beatles | Piazza Café, 2 Fwd |
| 11:00am | Seminar: Detox Solutions | Ivory Piano Bar, 3 Fwd |
| 11:15am | Sushi Lover's Lesson... | Bonsai Sushi, 2 Mid |
| 11:30am | Trivia: "Friends" | Piazza Café, 2 Fwd |
| 11:45am | Caribbean Shopping Show... | Taj Mahal, 2 Fwd |

### AFTERNOON
| Time | Event | Location |
|---|---|---|
| 12:00pm | Carnival's Trivial Pursuit | Piazza Café, 2 Fwd |
| 12:00pm | Cooking Demonstration... | David's Steakhouse, 10 Mid |
| 12:00pm | Slot Tournament (18+) $... | Winner's Club Casino, 2 Mid |
| 12:00pm | Whiskey and Scotch Tasting (21+) $... | RedFrog Rum Bar, 9 Mid |
| 12:15pm | Sign-Up: Red's vs. Blue's Challenge (21+)... | Lido, 9 Mid |
| 12:30pm | Health & Wellness Expo... | Spa Carnival, 9 Fwd |
| 12:30pm | Red's vs. Blue's Challenge (21+) | Lido, 9 Mid |
| 12:45pm | Art Auction Registration | Butterflies, 1 Fwd |
| 12:45pm | Trivia: Food... | Piazza Café, 2 Fwd |
| 1:00pm | Last (Wo)Man Standing... | Lido, 9 Mid |
| 1:15pm | Kallati Jewelry Unveiling | The Fun Shops, 3 Mid |
| 1:15pm | Live Champagne Art Auction... | Butterflies, 1 Fwd |
| 1:15pm | Seminar: Acupuncture Demo... | Ivory Piano Bar, 3 Fwd |
| 1:15pm | Trivia: Harry Potter | Piazza Café, 2 Fwd |
| 1:45pm | Arts & Crafts Time... | Piazza Café, 2 Fwd |
| 1:45pm | CLUE: The Murder Mystery... | Taj Mahal, 2 Fwd |
| 2:00pm | Kallati Jewelry Premiere | The Fun Shops, 3 Mid |
| 2:00pm | Seminar: Improve Walking & Posture | Ivory Piano Bar, 3 Fwd |
| 2:00pm | Three-Minute Makeovers... | Spa Carnival, 9 Fwd |
| 2:15pm | BINGO Card Sales S... | Taj Mahal, 2 Fwd |
| 2:30pm | Thriller Dance Class | Taj Mahal, 2 Fwd |
| 3:00pm | $2,000 Clue BINGO S... | Taj Mahal, 2 Fwd |
| 3:00pm | Your Time: Friends of Jimmy K... | Nobel Library, 3 Fwd |
| 3:30pm | $100 Gift Bag Giveaway... | The Fun Shops, 3 Mid |
| 3:30pm | Haute Jewels Event... | The Fun Shops, 3 Mid |
| 3:30pm | Trivia: James Bond... | Piazza Cafe, 2 Fwd |
| 4:00pm | Trivia: Outrageous Laws... | Piazza Café, 2 Fwd |
| 4:15pm | Beary Cuddly Workshop $ | Camp Carnival, 5 Fwd |
| 4:15pm | Guess That Motown Song w/ Steve... | Atrium Lobby, 2 Mid |
| 4:30pm | Connect 4 Tournament | Piazza Cafe, 2 Fwd |

### EVENING
| Time | Event | Location |
|---|---|---|
| 5:00pm | ProPortraits Photo Ops... | Photo Ops, Decks 2 & 3 |
| 5:00pm | Spin & Win (18+) $... | Winner's Club Casino, 2 Mid |
| 5:00pm | Trivia: NFL... | Sky Box Sports Bar, 2 Fwd |
| 5:00pm | Your Time: Friends of Bill W... | Nobel Library, 3 Fwd |
| 5:00pm | Art For A Steal... | Raphael Room Art Gallery, 3 Aft |
| 7:00pm | Comedy: Azeem (PG) | Butterflies, 1 Fwd |
| 7:00pm | Captain's Toast... | Atrium Lobby, 2 Mid |
| 7:30pm | $100 Gift Bag Giveaway... | The Fun Shops, 3 Mid |
| 7:45pm | 88 Keys: Pre-Show Fun... | Taj Mahal, 2, 3 & 4 Fwd |
| 8:00pm | Comedy: Cee Jay Jones (PG) | Butterflies, 1 Fwd |
| 8:15pm | Showtime: 88 Keys... | Taj Mahal, 2, 3 & 4 Fwd |
| 9:00pm | Hold 'Em Players Meet (18+) S... | Winner's Club Casino, 2 Mid |
| 9:15pm | Comedy: Azeem (R-18+) | Butterflies, 1 Fwd |
| 9:30pm | 88 Keys: Pre-Show Fun... | Taj Mahal, 2, 3 & 4 Fwd |
| 9:45pm | Your Time: 40+ Mixer (40+)... | Atrium Lobby, 2 Mid |
| 10:00pm | Owl Jams (2-11) $... | Camp Carnival, 5 Fwd |
| 10:00pm | Sitting on a Hot Seat? (18+) $... | Winner's Club Casino, 2 Mid |
| 10:15pm | Comedy: Cee Jay Jones (R-18+)... | Butterflies, 1 Fwd |
| 10:15pm | Showtime: 88 Keys... | Taj Mahal, 2, 3 & 4 Fwd |
| 11:00pm | Your Time: LGBT Gathering | Alchemy Bar, 2 Aft |
| 11:15pm | Comedy: Azeem (R-18+) | Butterflies, 1 Fwd |

Get FunTimes on your phone!
www.Carnival-HubApp.com

## FOOD

### BREAKFAST
| | | |
|---|---|---|
| Lido Buffet, *Mermaid's Grille*, 9 Aft | | 6:30am - 11:30am |
| Late Risers Buffet, *Mermaid's Grille*, 9 Aft | | 8:30am - 10:00am |
| Continental Breakfast, *Mermaid's Grille*, 9 Aft | | 7:00am - 10:00am |
| Blueiguana Cantina, 9 Mid | | 7:30am - 11:00am |
| Sea Day Brunch, *Normandie Restaurant*, 2 Aft | | 8:30am - 10:30am |

### LUNCH
| | | |
|---|---|---|
| Blueiguana Cantina, 9 Mid | | 12:00pm - 2:30pm |
| Bonsai Sushi $, 2 Mid | | 12:00pm - 2:30pm |
| Chef's Choice: American, *Mermaid's Grille*, 9 Aft | | 12:00pm - 2:30pm |
| Chopsticks, *Mermaid's Grille*, 9 Aft | | 12:00pm - 2:30pm |
| Lido Buffet, *Mermaid's Grille*, 9 Aft | | 12:00pm - 2:30pm |
| Guy's Burger Joint, 9 Mid | | 12:00pm - 6:00pm |

### DINNER
| | | |
|---|---|---|
| Bonsai Sushi $, 2 Mid | | 5:00pm - 10:00pm |
| David's Steakhouse $, 10 Mid | | 5:30pm - 9:30pm |
| Your Time Dining, *Normandie Restaurant*, 3 Aft | | 5:45pm - 9:30pm |
| Early Dining, *Normandie Restaurant*, 2 Aft | | 6:00pm |
| Lido Buffet, *Mermaid's Grille*, 9 Aft | | 6:00pm - 9:30pm |
| Late Dining, *Normandie Restaurant*, 2 Aft | | 8:15pm |

### HUNGRY FOR MORE?
| | | |
|---|---|---|
| Pizza Pirate, 9 Aft | | 24 Hours |
| Swirls Soft Serve and FroYo, Swirls, 9 Mid | | 24 Hours |
| Carnival Deli, 9 Aft | | 11:00am - 11:00pm |
| Tea Time, *Normandie Restaurant*, 3 Aft | | 3:00pm - 4:00pm |
| Bonsai Sushi, *The Taste Bar*, 2 Fwd | | 5:30pm - 6:30pm |
| Late Night Snacks, *Mermaid's Grille*, 9 Aft | | 11:30pm - 1:00am |

### DRINKS
| | | |
|---|---|---|
| Coffee Bar, 9 Aft | | 7:00am - 9:00pm |
| Piazza Café, 2 Fwd | | 7:00am - 11:30pm |
| Renaissance Lobby Bar, 2 Mid | | 8:00am - 2:00am |
| Casino Bar, 2 Mid | | 10:00am - Late |
| RedFrog Rum Bar, 9 Mid | | 10:00am - Late |
| Serenity Bar, 9 Aft | | 10:00am - 6:00pm |
| Blueiguana Tequila Bar, 9 Mid | | 10:00am - 6:00pm |
| RedFrog Pub, 2 Fwd | | 10:00am - 2:00am |
| SkyBox Sports Bar, 2 Fwd | | 12:00pm - 2:00am |
| Alchemy Bar, 2 Aft | | 5:00pm - 2:00am |

### POOLS
| | | |
|---|---|---|
| Towel Station, 9 Mid | | 10:00am - 6:00pm |
| Serenity Towel Hut, 9 Aft | | 8:00am - 9:00pm |
| Forward Pool, 9 Fwd | | 8:00am - 10:00pm |
| Forward Whirlpool, 9 Fwd | | 8:00am - 10:00pm |
| Serenity Pool (21+), 9 Aft | | 8:00am - 10:00pm |
| Serenity Whirlpool (21+), 9 Aft | | 8:00am - 10:00pm |
| Spa Whirlpool (16+), 9 Fwd | | 8:00am - 10:00pm |
| Midship Pool, 9 Mid | | 8:00am - 2:00am |
| Carnival WaterWorks, 11 Aft | | 10:00am - Sunset |

### SPORTS & GAMES
| | | |
|---|---|---|
| Nobel Library, 3 Fwd | | 24 Hours |
| Real Virtuality Arcade, 4 Fwd | | 24 Hours |
| Sports Deck, 11 Fwd | | 24 Hours |
| 3:00pm | Free Play: Basketball | Sports Deck, 11 Fwd |
| 3:00pm | Free Play: Bean Bag Toss | Sun Deck, 10 Mid |
| 3:00pm | Free Play: Daily Puzzle | Piazza Cafe, 2 Fwd |
| 3:00pm | Free Play: Games & Cards | Crystal Card Room, 2 Fwd |
| 3:00pm | Free Play: Mini Golf | Sports Deck, 11 Fwd |
| 3:00pm | Free Play: Ping-Pong | Ping-Pong Tables, 9 Mid |
| 3:00pm | Free Play: Shuffleboard | RedFrog Pub, 2 Fwd |
| 10:00am | Free Play: Bridge Players Meet (18+) | Crystal Card Room, 2 Fwd |
| 5:30pm | Free Play: Bridge Players Meet (18+) | Crystal Card Room, 2 Fwd |

### IMPORTANT:
**Safety first!** Remember that you are on a moving ship. For your safety please take extra precautions, use hand rails and watch your step. Outdoor decks can become slippery due to humidity and pool water. Please help prevent slip-and-fall accidents by using caution crossing the decks and by drying off after using the pool.

# ALL IN A DAY'S PLAY

## FOOD

**SUSHI-LOVERS' LESSON**
Ever wonder how our sushi chefs create such awe-inspiring culinary masterpieces? See them in action to pick up a few tricks of the trade. Limited seating. First come, first served.
*Bonsai Sushi, 2 Mid*
11:15am

**COOKING DEMONSTRATION**
Join our fabulous Steakhouse team for a fun and informative demonstration of culinary delight! Limited seating on a first come, first served basis.
*David's Steakhouse, 10 Mid*
12:00pm

**THE STEAKHOUSE EXPERIENCE** ⭐
Enjoy a complimentary bottle of wine or 50% off your selected bottle when dining tonight at our version of the classic American steakhouse experience. $
*David's Steakhouse, 10 Mid*
5:30pm – 9:30pm

## DRINKS

**CRUISE THE VINEYARDS** ⭐
Enjoy wine? A great value? Wine lovers rejoice because awesome wine packages are available at a significant savings. See your restaurant waiter or stop by our candy store for details. (21+) $

**SAIL REFRESHED**
Today is the last day to purchase our unlimited soda program. Bottomless Bubbles, for the entire cruise. Soda lovers, rejoice! $

**THE FINAL CHEERS!**
What's better than enjoying great prices on "spirited" beverages throughout your cruise? Drinking them! Visit any bar for the final day to purchase this amazing package. CHEERS! (21+) $

## SHORE EXCURSIONS

Shore Excursions Desk, 2 Mid ............................ 9:00am – 7:00pm

**PORT CANAVERAL EXCURSIONS** ⭐
Check out the coastline of Florida or venture into Orlando. Visit the Shore Excursions Desk and our team will find the perfect way for you to experience Port Canaveral! $
*Shore Excursions Desk, 2 Mid*

**SEE THE SIGHTS**
We hand select the best local Tour Operators, dedicated to showing you the best time in port. Book your tours at the Shore Excursions or Guest Services Desk today! $
*Shore Excursions Desk, 2 Mid*

## SPA

Fitness Center, 9 Fwd .................................... 6:00am – 10:00pm
Spa Carnival, 9 Fwd ...................................... 8:00am – 10:00pm

**ACUPUNCTURE INTRO** ⭐
Want to feel better? Find out about this amazing, effective treatment for countless conditions such as back pain, sciatica, arthritis, indigestion, sea sickness and weight issues.
*Ivory Piano Bar, 3 Fwd*
10:15am

**DETOX FOR HEALTH & WEIGHT LOSS**
Are you trying to lose weight, remove cellulite, tone up, have more energy, or remove bloating? Detoxification may be the solution you are looking for.
*Ivory Piano Bar, 3 Fwd*
11:00am

## MUSIC

**LIDO, 9 Mid**
Calypso Music with Vibes Nation — 10:00am – 11:00am
Deck Music with DJ Nate — 11:00am – 11:30am
Deck Music with DJ Saxy — 11:30am – 2:00pm
Calypso Music with Vibes Nation — 2:15pm – 3:15pm
Calypso Music with Vibes Nation — 3:30pm – 4:30pm
Calypso Music with Vibes Nation — 4:45pm – 5:45pm

**ATRIUM LOBBY, 2 Mid**
Solo Guitar Sounds with Brandon — 1:15pm – 2:15pm
Solo Guitar Sounds with Brandon — 2:30pm – 3:30pm
Solo Guitar Sounds with Michael — 5:30pm – 6:30pm
Guitar Sounds with Michael & Brandon — 7:00pm – 8:00pm
Solo Guitar Sounds with Brandon — 8:15pm – 9:15pm
Solo Guitar Sounds with Michael — 9:30pm – 10:30pm
Solo Guitar Sounds with Michael — 10:45pm – 11:45pm

**ALCHEMY BAR, 2 Aft**
Pop Tunes Vintage with Serene & Coco — 5:30pm – 6:30pm
Pop Tunes Vintage with Serene & Coco — 8:00pm – 9:00pm
Pop Tunes Vintage with Serene & Coco — 9:30pm – 10:30pm
Pop Tunes Vintage with Serene & Coco — 10:45pm – 11:45pm

**REDFROG PUB, 2 Fwd**
Dancing Through Decades with Adiktion — 7:30pm – 8:30pm
Dancing Through Decades with Adiktion — 8:45pm – 9:45pm
Dancing Through Decades with Adiktion — 10:00pm – 11:00pm
Dancing Through Decades with Adiktion — 11:15pm – 12:00am

**BEAUTIES NIGHTCLUB, 2 Aft**
The Bell-Bottom Boogie with DJ Nate (18+) — 10:30pm – 11:30pm
Nightclub Hits with DJ Saxy (18+) — 11:30pm – Late

**IVORY PIANO BAR, 3 Fwd**
Piano Bar Sing Along with Laurie (18+) — 11:15pm – Late

## MOVIES

**DIVE-IN MOVIES: DATE NIGHT** ⭐
It's Lover's Lane on Lido tonight! Grab your partner, snuggle under the stars and enjoy a bit of romance... and some popcorn, too!
Me Before You, PG-13, 1:50 hrs — 7:30pm
The Intern, PG-13, 2:01 hrs — 10:00pm
*Carnival Seaside Theater, 9 Mid*

## CASINO

Winner's Club Slots, 2 Mid ..................................... 7:00am – 4:00am
Winner's Club Tables, 2 Mid .................................. 10:00am – Late

**$100K SLOT TOURNAMENT** ⭐
It's all in the wrist! Land on the right reel combinations and you could win yourself $500 and a seat to the Grand Final to play for your share of $100K! (18+) $
*Winner's Club Casino, 2 Mid*
12:00pm

**SPIN & WIN**
Three lucky winners will Spin & Win for prizes and casino cash! Every 100 points gets you 1 E-ticket for a chance to spin the wheel, but you gotta be in it to win it! (18+) $
*Winner's Club Casino, 2 Mid*
5:00pm

**SITTING ON A HOT SEAT?**
Tonight, in our HOT SEAT PROMOTION, we will randomly pick people who are playing in the casino to win casino cash prizes. All you need to do is play! (18+) $
*Winner's Club Casino, 2 Mid*
10:00pm – 12:00am

## SHOPPING

Pixels Gallery, 3 Mid ....................................... 8:30am – 1:00pm
Cherry On Top, 3 Mid ...................................... 9:00am – 1:30pm
The Fun Shops, 3 Mid ..................................... 9:00am – 1:30pm
Future Cruise Desk, 2 Fwd ... 9:00am – 12:00pm & 3:00pm – 4:00pm
Fun Finds Desk, 2 Fwd .................................... 4:00pm – 6:00pm
Raphael Room Art Gallery, 3 Aft ........................ 9:00am – 10:00pm

**MAKE YOUR DREAMS COME TRUE**
Our new Dreams Studio experience is an exclusive photo shoot in unique locations, creating your perfect family or romantic story book. By appointment only. Book today! $
*Pixels Gallery, 3 Mid*

**PIXELS WELCOME ABOARD SPECIAL**
Remember, through tonight only receive 10% off all photos. Just our way of spreading a little "Pixels Dust!"
*Pixels Gallery, 3 Mid*

**SAVE ON CITIZEN & BULOVA WATCHES**
Make one of the world's most desirable timepieces your own at our special event, featuring Citizen, Citizen Signature and Bulova with savings of 35%.
*The Fun Shops, 3 Mid*
9:00am

**CRUISE CLUB $10 STYLE EVENT** ⭐
Fun up your wardrobe with $10 accessories and splurge for yourself and others back home with our buy 4, get 1 free deal. Talk about guilt-free shopping!
*The Fun Shops, 3 Mid*
10:30am

**CARIBBEAN SHOPPING SHOW** ⭐
The "inside scoop" on the best shopping aboard and ashore! Everyone will get a free Caribbean charm bracelet voucher, port maps and an entry to win jewelry and a cruise!
*Taj Mahal, 2 Fwd*
11:45am

**LIVE CHAMPAGNE ART AUCTION**
The art auction is finally here! Hundreds of artworks available for bid. Enjoy complimentary champagne, prizes galore given away in our raffle and a free work of art for attending!
*Butterflies, 1 Fwd*
1:15pm

**KALLATI JEWELRY CHAMPAGNE PREMIERE**
Kallati reflects something rare and unique - you. Sip on champagne as our jewelry experts present the Kallati collection with incredible savings and tax and duty-free prices.
*The Fun Shops, 3 Mid*
2:00pm

**PROPORTRAITS: CRUISE ELEGANT** ⭐
All dressed up and everywhere to go? First Stop: Photo Ops! It doesn't cost anything to smile, and with more than ten amazing backdrops you can strike a pose to your heart's content.
*Photo Ops, Decks 2 & 3*
5:00pm – 10:30pm

## KIDS & TEENS

Visit Camp Carnival, Circle "C" & Club O2 for youth program details.

**BEARY CUDDLY WORKSHOP** ⭐
Calling all kids! Grab a parent and get ready for some fuzzy fun. Do good, feel good and help some kids by choosing our special St. Jude Children's Research Hospital® bear friend! $
*Camp Carnival, 5 Fwd*
4:15pm

CARING FOR OUR AWESOME PLANET. Carnival Cruise Line is committed to sustainability with the goal to be the industry leader in environmental excellence. Please help to conserve energy, water & resources vital for a sustainable future. Please note: all garbage must be disposed of in the receptacles only on board and discharge of any garbage into the sea is prohibited. Carnival run Ships are proudly certified by ISO14001 Environmental Management System.

# FUNTIMES

ENJOY YOUR FUN DAY AT SEA!

TUESDAY, NOVEMBER 29, 2016
SUNRISE: 7:03AM | SUNSET: 5:21PM
TONIGHT'S ATTIRE: CRUISE CASUAL

## TOP ENTERTAINMENT

### MORE PLAY LESS PAY BINGO
3 games of BINGO at a fun-filled discount! Purchase either the Maniac in the Middle or All-Out Fanatic BINGO packages and get $10 off. Now that's fun! $
| | | |
|---|---|---|
| 10:00am | BINGO Card Sales | Taj Mahal, 2 Fwd |
| 10:30am | More Play Less Pay BINGO | Taj Mahal, 2 Fwd |

### LEARN HOW TO DANCE SALSA
You may know how to dance, but the question is; Can you salsa? Well, there's never been a better time to learn. Bring those hips and get ready to move them, it's salsa time!
11:00am     Atrium Lobby, 2 Mid

### MILITARY APPRECIATION GATHERING
A special gathering to honor the courage and commitment of our service members and to recognize their families and loved ones. Hosted by your Cruise Director, Steve.
11:00am     Taj Mahal, 2 Fwd

### SEUSS-A-PALOOZA PARADE & STORY TIME
Join your favorite Dr. Seuss characters for a whimsical parade and memorable reading of Dr. Seuss's beloved book, "The Cat in the Hat," hosted by your Cruise Director, Steve.
| | | |
|---|---|---|
| 2:15pm | Dr. Seuss Parade | Atrium Lobby, 2 Mid |
| 2:30pm | Dr. Seuss Story Time | Taj Mahal, 2 Fwd |

### GUESS THAT 80S SONG WITH STEVE
Let the music move you to the right answers in this totally fun and friendly competition of Guess That 80s Song! Hosted by your Cruise Director, Steve.
4:30pm     Atrium Lobby, 2 Mid

### THE PUNCHLINER COMEDY CLUB
When was the last time you had a good laugh? These performances will knock it out of the ballpark!

**CEE JAY JONES**
| | |
|---|---|
| "Mama, He Crazy!" (PG) | 7:00pm |
| "Yeah, I Said It!" (R-18+) | 9:15pm |

**AZEEM**
| | |
|---|---|
| "Up and Away" (PG) | 8:00pm |
| "Pillow Talk" (Explicit-18+) | 10:15pm |
| | Butterflies, 1 Fwd |

### PLAYLIST PRODUCTIONS: GETAWAY ISLAND ★
Join us for a 60s style beach party movie brought to life! With classics from the Beach Boys to hits from Jimmy Buffett, don't miss out on this interactive beach bash onstage!
| | | |
|---|---|---|
| 8:00pm & 10:00pm | Pre-Show Fun | Taj Mahal, 2, 3 & 4 Fwd |
| 8:15pm & 10:15pm | Showtime | Taj Mahal, 2, 3 & 4 Fwd |
| 11:00pm | After-Party | Lido, 9 Mid |

### MEGA DECK PARTY
Join your Cruise Director, Steve, DJ Saxy and the Fun Squad for a MEGA evening under the stars you'll never forget, with music, giveaways, line dancing and more!
11:00pm     Lido, 9 Mid

★ Carnival favorites | $ Fees apply | * Repeat show
All times based on ship's time (same as port of embarkation).
Programming subject to change.

---

## WHAT'S HAPPENING

### MORNING
| Time | Activity | Location |
|---|---|---|
| 9:00am | Inch of Gold Sale | The Fun Shops, 3 Mid |
| 9:30am | Arts & Crafts Time | Piazza Cafe, 2 Fwd |
| 9:30am | Morning Show with Steve | Taj Mahal, 2 Fwd & Channel 13 |
| 10:00am | BINGO Card Sales $ | Taj Mahal, 2 Fwd |
| 10:15am | Seminar: Arthritis & Back Pain | Ivory Piano Bar, 3 Fwd |
| 10:30am | 2 for $20 Tees Event | The Fun Shops, 3 Mid |
| 10:30am | Big Loot Draw (18+) $ | Winner's Club Casino, 2 Mid |
| 10:30am | Future Cruise & Travel Talk | Butterflies, 1 Fwd |
| 10:30am | More Play Less Pay BINGO $ | Taj Mahal, 2 Fwd |
| 11:00am | Military Gathering | Taj Mahal, 2 Fwd |
| 11:00am | Salsa Dance Class | Atrium Lobby, 2 Mid |
| 11:00am | Seminar: Secrets To A Flatter Stomach | Ivory Piano Bar, 3 Fwd |
| 11:00am | Texas Hold'Em Tournament (18+) $ | Winner's Club Casino, 2 Mid |
| 11:00am | Trivia: Name That Musical | Piazza Cafe, 2 Fwd |
| 11:30am | $100 Gift Bag Giveaway | The Fun Shops, 3 Mid |
| 11:30am | Bella Perlina Jewelry | The Fun Shops, 3 Mid |
| 11:30am | Trivia: The Simpsons | Piazza Cafe, 2 Fwd |

### AFTERNOON
| Time | Activity | Location |
|---|---|---|
| 12:00pm | Blackjack Tournament (18+) $ | Winner's Club Casino, 2 Mid |
| 12:00pm | Carnival's Trivial Pursuit | Piazza Cafe, 2 Fwd |
| 12:30pm | Whiskey and Stogie Tasting (21+) $ | RedFrog Rum Bar, 9 Mid |
| 12:30pm | The Very Harry Cheat Contest | Lido, 9 Mid |
| 12:15pm | Ladies Pamper Party | Ivory Piano Bar, 3 Fwd |
| 12:45pm | Trivia: Big Bang Theory | Piazza Cafe, 2 Fwd |
| 1:00pm | Fun in the Sun Games | Lido, 9 Mid |
| 1:15pm | Seminar: Pain Relief | Chapel, 3 Fwd |
| 1:15pm | Trivia: Slogans | Piazza Cafe, 2 Fwd |
| 1:30pm | Hasbro's Cranium | Piazza Cafe, 2 Fwd |
| 2:00pm | Alchemy Martini Tasting (21+) $ | Alchemy Bar, 2 Aft |
| 2:00pm | Hair Show | Spa Carnival, 9 Fwd |
| 2:00pm | Seminar: Improve Walking & Posture | Ivory Piano Bar, 3 Fwd |
| 2:15pm | Diamonds & Gemstones Seminar | Butterflies, 1 Fwd |
| 2:15pm | Dr. Seuss Parade | Atrium Lobby, 2 Mid |
| 2:30pm | Cryptic Trivia | Piazza Cafe, 2 Fwd |
| 2:30pm | Dr. Seuss Story Time | Taj Mahal, 2 Fwd |
| 2:45pm | BINGO Card Sales $ | Taj Mahal, 2 Fwd |
| 3:00pm | Royal Jewelry Premiere | The Fun Shops, 3 Mid |
| 3:00pm | Veterans Table | Normandie Restaurant, 3 Aft |
| 3:00pm | Your Time: Friends of Jimmy K. | Nobel Library, 3 Fwd |
| 3:30pm | $3,000 Jackpot BINGO $ | Taj Mahal, 2 Fwd |
| 3:30pm | Art Auction Registration | Raphael Room Art Gallery, 3 Aft |
| 3:30pm | Partners Massage Class $ | Spa Carnival, 9 Fwd |
| 3:45pm | Trivia: Guess What Year | Piazza Cafe, 2 Fwd |
| 4:00pm | $100 Gift Bag Giveaway | The Fun Shops, 3 Mid |
| 4:00pm | Beer Pong Sign Ups (21+) $ | RedFrog Pub, 2 Fwd |
| 4:00pm | 60/60 Lightning Art Auction | Raphael Room Art Gallery, 3 Aft |
| 4:15pm | Beer Pong Tournament (21+) $ | RedFrog Pub, 2 Fwd |
| 4:30pm | Guess That 80s Song with Steve | Atrium Lobby, 2 Mid |

### EVENING
| Time | Activity | Location |
|---|---|---|
| 5:00pm | ProPortraits Photo Ops | Photo Ops, Decks 2 & 3 |
| 5:00pm | Spin & Win (18+) $ | Winner's Club Casino, 2 Mid |
| 5:00pm | Trivia: Sports | SkyBox Sports Bar, 2 Fwd |
| 6:00pm | Your Time: Friends of Bill W. | Nobel Library, 3 Fwd |
| 7:00pm | Art For A Steal | Raphael Room Art Gallery, 3 Aft |
| 7:00pm | Comedy: Cee Jay Jones (PG) | Butterflies, 1 Fwd |
| 8:00pm | Comedy: Azeem (PG) | Butterflies, 1 Fwd |
| 8:00pm | Getaway Island: Pre-Show Fun | Taj Mahal, 2, 3 & 4 Fwd |
| 8:15pm | Showtime: Getaway Island | Taj Mahal, 2, 3 & 4 Fwd |
| 9:00pm | Build a Bear Event (21+) | The Fun Shops, 3 Mid |
| 9:15pm | Comedy: Cee Jay Jones (R-18+) | Butterflies, 1 Fwd |
| 9:45pm | Your Time: Singles Meet & Greet | Atrium Lobby, 2 Mid |
| 10:00pm | Getaway Island: Pre-Show Fun | Taj Mahal, 2, 3 & 4 Fwd |
| 10:00pm | Night Owls (0-11) $ | Camp Carnival, 5 Fwd |
| 10:00pm | Pre-Deck Party Fun | Lido, 9 Mid |
| 10:15pm | Comedy: Azeem (Explicit-18+) | Butterflies, 1 Fwd |
| 10:15pm | Showtime: Getaway Island | Taj Mahal, 2, 3 & 4 Fwd |
| 11:00pm | Cash Pong (18+) $ | Winner's Club Casino, 2 Mid |
| 11:00pm | Getaway Island: After-Party | Lido, 9 Mid |
| 11:00pm | Mega Deck Party | Lido, 9 Mid |
| 11:00pm | Your Time: LGBT Gathering | Alchemy Bar, 2 Aft |

Get FunTimes on your phone!
www.CarnivalHubApp.com

---

## FOOD

### BREAKFAST
| | | |
|---|---|---|
| Continental Breakfast, Mermaid's Grille, 9 Aft | | 7:00am – 2:00pm |
| BlueIguana Cantina, 9 Mid | | 7:00am – 4:00pm |
| Lido Buffet, Mermaid's Grille, 9 Aft | | 7:30am – 10:30am |
| Late Risers Buffet, Mermaid's Grille, 9 Aft | | 8:30am – 12:00pm |
| Sea Day Brunch, Normandie Restaurant, 2 Aft | | 8:30am – 1:00pm |

### LUNCH
| | | |
|---|---|---|
| BlueIguana Cantina, 9 Mid | | 12:00pm – 2:30pm |
| Bonsai Sushi $, 2 Mid | | 12:00pm – 2:30pm |
| Chef's Choice: Caribbean, Mermaid's Grille, 9 Aft | | 12:00pm – 2:30pm |
| Chopsticks, Mermaid's Grille, 9 Aft | | 12:00pm – 2:30pm |
| Lido Buffet, Mermaid's Grille, 9 Aft | | 12:00pm – 2:30pm |
| Guy's Burger Joint, 9 Mid | | 12:00pm – 6:00pm |

### DINNER
| | | |
|---|---|---|
| Bonsai Sushi $, 2 Mid | | 5:00pm – 10:00pm |
| David's Steakhouse $, 10 Mid | | 5:30pm – 9:30pm |
| Your Time Dining, Normandie Restaurant, 3 Aft | | 5:45pm – 9:30pm |
| Early Dining, Normandie Restaurant, 2 Aft | | 6:00pm |
| Lido Buffet, Mermaid's Grille, 9 Aft | | 6:00pm – 9:30pm |
| Late Dining, Normandie Restaurant, 2 Aft | | 8:30pm |

### HUNGRY FOR MORE?
| | | |
|---|---|---|
| Pizza Pirate, 9 Aft | | 24 Hours |
| Swirls Soft Serve and FroYo Swirls, 9 Mid | | 11:00am – 10:00pm |
| Carnival Deli, 9 Aft | | 2:00pm – 4:00pm |
| Tea Time, Normandie Restaurant, 3 Aft | | 3:30pm – 4:30pm |
| Late Night Snacks, Mermaid's Grille, 9 Aft | | 11:30pm – 1:00am |

### DRINKS
| | | |
|---|---|---|
| Coffee Bar, 9 Aft | | 7:00am – 9:00pm |
| Piazza Cafe, 2 Fwd | | 7:00 – 11:30pm |
| Renaissance Lobby Bar, 2 Mid | | 8:00am – 2:00am |
| Casino Bar, 2 Mid | | 8:00am Late |
| RedFrog Rum Bar, 9 Mid | | 9:00am Late |
| Serenity Bar, 9 Aft | | 9:00am – 6:00pm |
| BlueIguana Tequila Bar, 9 Mid | | 10:00am – 8:00pm |
| RedFrog Pub, 2 Fwd | | 11:00am – 2:00am |
| SkyBox Sports Bar, 2 Fwd | | 12:00pm – 2:00am |
| Alchemy Bar, 2 Aft | | 2:00pm – 2:00am |

### POOLS
| | | |
|---|---|---|
| Towel Station, 9 Mid | | 6:00am – 6:00pm |
| Serenity Towel Hut, 9 Aft | | 6:00am – 8:00pm |
| Forward Pool, 9 Fwd | | 8:00am – 10:00pm |
| Forward Whirlpool, 9 Fwd | | 8:00am – 10:00pm |
| Serenity Pool (21+), 9 Aft | | 8:00am – 10:00pm |
| Serenity Whirlpool (21+), 9 Aft | | 8:00am – 10:00pm |
| Spa Whirlpool (16+), 9 Fwd | | 8:00am – 10:00pm |
| Midship Pool, 9 Mid | | 9:00am – 2:00am |
| Carnival WaterWorks, 11 Aft | | 9:00am – Sunset |

### SPORTS & GAMES
| | | |
|---|---|---|
| Nobel Library, 3 Fwd | | 24 Hours |
| Real Virtuality Arcade, 4 Fwd | | 24 Hours |
| Sports Deck, 11 Fwd | | Sports Deck, 11 Fwd |
| 9:00am | Free Play: Basketball | Sun Deck, 10 Mid |
| 9:30am | Free Play: Bean Bag Toss | Piazza Cafe, 2 Fwd |
| 9:30am | Free Play: Daily Puzzle | Crystal Card Room, 2 Fwd |
| 9:00am | Free Play: Games & Cards | Sports Deck, 11 Fwd |
| 9:00am | Free Play: Mini Golf | Ping-Pong Tables, 9 Mid |
| 9:30am | Free Play: Ping-Pong | RedFrog Pub, 2 Fwd |
| 9:30am | Free Play: Shuffleboard | |
| 10:00am | Free Play: Bridge Players Meet (18+) | Crystal Card Room, 2 Fwd |
| 5:00pm | Free Play: Bridge Players Meet (18+) | Crystal Card Room, 2 Fwd |

### IMPORTANT:
**Safety first!** Remember that you are on a moving ship. For your safety please take extra precautions, use hand rails and watch your step. Outdoor decks can become slippery due to humidity and pool water. Please help prevent slip-and-fall accidents by using caution crossing the decks and by drying off after using the pool.

# ALL IN A DAY'S PLAY

## FOOD

**GREEN EGGS AND HAM BREAKFAST**
Reserve your spot for this one-of-a-kind breakfast, hosted by The Cat in the Hat and friends. Feast on "Green Eggs and Ham" and more! $
*Dial 32323*

**THE CHEF'S TABLE**
An exclusive experience sure to be a highlight of your cruise! Enjoy a sublime multi-course dinner and private tour during an amazing evening with our Master Executive Chef. $
*Dial 0770*

**BONSAI SUSHI** ⊛
Sometimes you just need your sushi fix! Stop in for a roll, a box or maybe a whole sushi ship. $
5:00pm - 12:00am *Bonsai Sushi, 2 Mid*

## DRINKS

**RED'S RUM VS. BLUE'S TEQUILA CHALLENGE WINNER**
Congrats to Big Ron from Carthage with an awesome winning drink: "Gonna Get Ya RUM Punch". Try it today! (21+) S

**RED'S SPECIAL OF THE DAY** ⊛
BEACHCOMBER: Spiced rum, mango and tropical juices make this a refreshment for chillin' in the sun! Enjoy $1 off today and don't forget to ask about a souvenir glass. (21+) $
8:00am - Late *RedFrog Rum Bar, 9 Mid*

**WHISKEY AND STOGIE TASTING**
Sample the tastes and aromas of great whiskey paired with a smooth cigar. Join us for this tasting event and get half off a stogie. (21+) $
12:00pm *RedFrog Rum Bar, 9 Mid*

## SHORE EXCURSIONS ⊛
Shore Excursions Desk, 2 Mid ........................ 8:00am - 7:00pm

**NASSAU EXCURSIONS** ⊛
See Nassau's best attractions. Visit the Shore Excursions Desk and our friendly team will help you find the perfect shore excursion to experience Nassau, Bahamas! $
*Shore Excursions Desk, 2 Mid*

**SO MUCH TO SEE**
Shore Excursions highlight the best attractions and coolest sightseeing opportunities. Book your tours at the Shore Excursions Desk. These tickets won't last long. $
*Shore Excursions Desk, 2 Mid*

## SPA
Fitness Center, 9 Fwd ........................ 6:00am - 10:30pm
Spa Carnival, 9 Fwd ........................ 8:00am - 10:30pm

**SECRETS TO A FLATTER STOMACH**
Are you ready for a sexy, toned tummy this year? Become effective at thinning your waistline! Get a basic understanding of how ab muscles function and how your body burns fat.
11:00am *Ivory Piano Bar, 3 Fwd*

**LADIES PAMPER PARTY** ⊛
Join us for a fun, interactive & informative gathering! Complimentary makeovers to all ladies who attend and complimentary applications of collagen skin and eye treatments.
12:15pm *Ivory Piano Bar, 3 Fwd*

## MUSIC

**LIDO, 9 Mid**
Calypso Music with Vibes Nation 11:00am - 12:00pm
Deck Music with DJ Saxy 12:15pm - 2:00pm
Calypso Music with Vibes Nation 2:15pm - 3:15pm
Calypso Music with Vibes Nation 3:30pm - 4:30pm
Calypso Music with Vibes Nation 4:45pm - 5:45pm

**ATRIUM LOBBY, 2 Mid**
Solo Guitar Sounds with Michael 3:15pm - 4:15pm
Solo Guitar Sounds with Michael 5:30pm - 6:30pm
Solo Guitar Sounds with Brandon 6:45pm - 7:45pm
Solo Guitar Sounds with Brandon 8:00pm - 9:00pm
Solo Guitar Sounds with Brandon 9:15pm - 10:15pm
Solo Guitar Sounds with Brandon 10:30pm - 11:30pm

**RAPHAEL LOUNGE, 3 Aft**
Pop Tunes Vintage with Serene & Coco 6:30pm - 7:30pm

**REDFROG PUB, 2 Fwd**
Dancing Through Decades with Adiktion 7:15pm - 8:15pm
Dancing Through Decades with Adiktion 8:30pm - 9:30pm
Dancing Through Decades with Adiktion 9:45pm - 10:45pm
Dancing Through Decades with Adiktion 11:00pm - 12:00am

**ALCHEMY BAR, 2 Aft**
Pop Tunes Vintage with Serene & Coco 8:00pm - 9:00pm
Pop Tunes Vintage with Serene & Coco 9:30pm - 10:30pm
Pop Tunes Vintage with Serene & Coco 10:45pm - 11:45pm

**IVORY PIANO BAR, 3 Fwd**
Piano Bar Sing Along with Laurie 9:00pm - 10:30pm
Piano Bar Sing Along with Laurie (18+) 10:30pm - Late

**BEAUTIES NIGHTCLUB, 2 Aft**
Party Like It's 1980 with DJ Nate (18+) 11:30pm - 12:30am
Nightclub Hits with DJ Saxy (18+) 12:30am - Late

## MOVIES

**DIVE-IN MOVIES: ACTION & ADVENTURE NIGHT** ⊛
Tonight, we're featuring a nail-biting, heart-racing, hold-on-to-your-deck-chair movie experience, so get ready for all the excitement of Action & Adventure Night!
Independence Day: Resurgence, PG-13, 2:00 hrs 7:00pm
*Carnival Seaside Theater, 9 Mid*

## CASINO
Winner's Club Slots, 2 Mid ........................ 7:00am - 4:00am
Winner's Club Tables, 2 Mid ........................ 10:00am - Late

**TEXAS HOLD'EM TOURNAMENT**
Time to take on your fellow guests to find out who knows when to hold 'em and when to fold 'em. (18+) $
11:00am *Winner's Club Casino, 2 Mid*

**$100K BLACKJACK TOURNAMENT** ⊛
Are you our Ultimate Blackjack Champion? Enter the Ultimate Blackjack Satellite Tournament – you could win $500 and a seat to the Grand Final to play for your share of $100K! (18+) $
12:00pm *Winner's Club Casino, 2 Mid*

## SHOPPING
Pixels Gallery, 3 Mid ........................ 9:00am - 11:00pm
Cherry On Top, 3 Mid ........................ 9:00am - 11:30pm
The Fun Shops, 3 Mid ........................ 9:00am - 11:30pm
Fun Finds Desk, 2 Fwd ........................ 12:00pm - 11:00pm & 4:00pm - 6:00pm
Future Cruise Desk, 2 Fwd ........................ 10:00pm - 6:00pm
Raphael Room Art Gallery, 3 Aft ........................ 9:00pm - 10:00pm

**CANVAS WALL ART: ONLY $59.95!**
Portraits never had it so good! Professional reproductions of your photos as Canvas Wall Art includes FREE 8x10 of same image. Frame not included.
*Pixels Gallery, 3 Mid*

**CHERRY ON TOP**
Did someone say "candy"?!? For lots of it, plus more of life's fun little pleasures, check out one of the happiest places on board!
*Cherry On Top, 3 Mid*

**MY REWARDS: LOVE FREE STUFF?**
Ask your photo host how to start earning rewards for all FunShots, Cruise Collectibles, and ProPortraits photo purchases today!
*Pixels Gallery, 3 Mid*

**2 FOR $20 TEES EVENT**
Give your family cruise mementos they'll want to show off! For only $20, you'll get two Carnival port-of-call tees to show everyone how much fun you had on vacation.
10:30am *The Fun Shops, 3 Mid*

**FUTURE CRUISE & TRAVEL TALK** ⊛
Want the inside cruise scoop? Find out about our swankiest ships, awesome ship features and how to get onboard credit for your next cruise.
10:30am *Butterflies, 1 Fwd*

**BELLA PERLINA JEWELRY EVENT**
Make your personal fashion statement with Bella Perlina jewelry during this one-time-only event. Everything is buy 4, get 1 free – starting at just $19.95!
11:30am *The Fun Shops, 3 Mid*

**DISCOVER DIAMONDS & GEMSTONES SEMINAR**
Want to know how to save more than 60% off diamond jewelry this cruise? Join your Shopping Expert to learn their secrets to saving big. Everyone there will receive a free gift!
2:15pm *Butterflies, 1 Fwd*

**60/60 LIGHTNING ART AUCTION**
60 works of art across the block in only 60 minutes? It's the fastest bidding exhibition at sea, offering action, raffles and complimentary champagne.
4:15pm *Raphael Room Art Gallery, 3 Aft*

## KIDS & TEENS
*Visit Camp Carnival, Circle "C" & Club O2 for youth program details.*

**NIGHT OWLS** ⊛
Hey kids! The fun doesn't stop just because it's nighttime! Our Night Owls nights include video games, movies, board games, and just about everything in between. (0-11) $
10:00pm *Camp Carnival, 5 Fwd*

CARING FOR OUR AWESOME PLANET: Carnival Cruise Line is committed to sustainability, with the goal to be the industry leader in environmental excellence. Please help to conserve energy, water & reduce waste for a sustainable future. Please note: all garbage must be disposed of in the appropriate bins on board and discharge of any garbage into the sea is prohibited. Carnival Fun Ships are proudly certified by ISO 14001 Environmental Management System.

# FUNTIMES

## WELCOME TO PORT CANAVERAL!
WEDNESDAY, NOVEMBER 30, 2016
SUNRISE: 6:58AM | SUNSET: 5:24PM
TONIGHT'S ATTIRE: CRUISE CASUAL

## TOP ENTERTAINMENT

### HIGH SEAS KARAOKE
Warm up those vocal chords, it's time to step up to the stage, grab the mic and channel your inner idol. Can you hit it? Become the audience favorite and the prize is yours!
6:30pm - 9:45pm                             Butterflies, 1 Fwd
9:45pm - 10:45pm (18+)                      Butterflies, 1 Fwd

### IDENTITY CRISIS: THE GAME
Watch our Fun Squad try to figure out who or what they are by asking only yes or no questions in this fun and entertaining game show. Let hilarity ensue!
7:30pm                                      Taj Mahal, 2 Fwd

### GENDER SHOWDOWN WITH STEVE
The time has come to answer the age old question, "Who is the best?" The men? The women? Bring your A-game, the other side fights dirty!
8:15pm                                      Taj Mahal, 2 Fwd

### $750 BALLOON BINGO
BINGO has never been this much pop-inspiring fun! Not only can you win tons of cash, but win game three and pop a balloon with a hidden jackpot of up to $750! $
9:00pm    BINGO Card Sales                  Taj Mahal, 2 Fwd
9:30pm    $750 Balloon BINGO                Taj Mahal, 2 Fwd

### PIANO BAR SING ALONG WITH LAURIE
Pull up a seat, order your favorite drink and let Laurie know the songs you want to hear. Then join the sing-along for a hand-clapping, foot-tapping good time for all ages!
9:00pm - 10:30pm                            Ivory Piano Bar, 3 Fwd
10:30pm - Late (18+)                        Ivory Piano Bar, 3 Fwd

### LOVE & MARRIAGE SHOW WITH STEVE ★
How well do you really know your better half? Join your Cruise Director, Steve, for this hilarious show with questions and sometimes shocking answers. (18+)
10:15pm                                     Taj Mahal, 2, 3 & 4 Fwd

### SERENITY NIGHTS WITH DJ SAXY
It's the evening's star-studded encore to an awesome day. Great music, fresh sea air and a lounge vibe to inspire romance, camaraderie and maybe even a little dancing fun! (18+)
11:00pm - Late                              Serenity, 9 Aft

### CARNIVAL QUEST ★
Throw your inhibitions into the sea for a spicy adult version of the classic scavenger hunt. Get your team together for a crazy fun event like no other! (18+)
11:15pm                                     Butterflies, 1 Fwd



★ Carnival favorites | $ Fees apply | * Repeat show
All times based on ship's time (same as port of embarkation).
Programming subject to change.

---

## FUN FACT
Port Canaveral is located on Florida's Space Coast, home of the Kennedy Space Center, the launch point for every NASA human space flight, including the Apollo moon landing missions.

**ARRIVAL:** 7:00AM   **GANGWAY:** DECK 2 MID
**BACK ON BOARD:** 5:30PM
Have your Sail & Sign card and government issued photo ID with you at all times.
Always keep your time on ship's time, unless otherwise notified.

### PORT EMERGENCY CONTACT - PORT CANAVERAL
In case of emergency, contact:
Fillette Green Shipping Services
Phone: (321) 783-6307
Cell: (321) 863-2095
Email: cruise@fillettegreen.com

## WHAT'S HAPPENING

### MORNING
| | | |
|---|---|---|
| 7:00am | Arrival In Port | |
| 7:00am | Early Morning Stretch | Aerobics Studio, 10 Fwd |
| 7:30am | Fab Abs Class | Aerobics Studio, 10 Fwd |
| 11:00am | Trivia: Geography | Piazza Cafe, 2 Fwd |
| 11:30am | Trivia: Television | Piazza Cafe, 2 Fwd |

### AFTERNOON
| | | |
|---|---|---|
| 1:00pm | Trivia: General Knowledge | Piazza Cafe, 2 Fwd |
| 1:30pm | Seminar: Reflexology | Spa Carnival, 9 Fwd |
| 1:30pm | Trivia: Science | Piazza Cafe, 2 Fwd |
| 2:00pm | On Your Mark, Get Set, Draw! | Piazza Cafe, 2 Fwd |
| 2:45pm | Trivia: Guess That Song | Piazza Cafe, 2 Fwd |
| 3:00pm | New Look New You | Spa Carnival, 9 Fwd |
| 3:15pm | Trivia: Movies | Piazza Cafe, 2 Fwd |
| 3:45pm | Charades! | Piazza Cafe, 2 Fwd |
| 4:00pm | Seminar: Improve Walking & Posture | Aerobics Studio, 10 Fwd |
| 4:00pm | Bean Bag Toss | Redfrog Pub, 2 Fwd |

### EVENING
| | | |
|---|---|---|
| 5:00pm | Evening Stretch Class | Aerobics Studio, 10 Fwd |
| 5:00pm | PicPortraits Photo Ops | Photo Ops, Decks 2 & 3 |
| 5:00pm | Trivia: Sports | SkyBox Sports Bar, 2 Fwd |
| 5:00pm | Your Time: Friends of Bill W. | Nobel Library, 3 Fwd |
| 6:00pm | All Guests Back On Board | |
| 6:00pm | Art Sale: Kinkade | Raphael Room Art Gallery, 3 Aft |
| 6:30pm | Best Buys on Fine Jewelry | The Fun Shops, 3 Mid |
| 6:30pm | Designer Watch Event | The Fun Shops, 3 Mid |
| 6:30pm | High Seas Karaoke | Butterflies, 1 Fwd |
| 7:00pm | Win $2,500 Cash! (18+) $ | Winner's Club Casino, 2 Mid |
| 7:00pm | $100 Gift Bag Giveaway | The Fun Shops, 3 Mid |
| 7:30pm | Art 101: Thomas Kinkade | Raphael Room Art Gallery, 3 Aft |
| 7:30pm | Identity Crisis: The Game | Taj Mahal, 2 Fwd |
| 7:30pm | Royal Jewelry Premiere | The Fun Shops, 3 Mid |
| 7:45pm | Your Time: 40+ Mixer (40+) | Redfrog Pub, 2 Fwd |
| 8:00pm | Hold'Em Players Meet (18+) $ | Winner's Club Casino, 2 Mid |
| 8:00pm | Photo Time! with Dr. Seuss | Photo Ops, 2 Fwd |
| 8:15pm | Gender Showdown with Steve | Taj Mahal, 2 Fwd |
| 9:00pm | BINGO Card Sales $ | |
| 9:00pm | Hold'Em Players Meet (18+) $ | Winner's Club Casino, 2 Mid |
| 9:30pm | $750 Balloon BINGO $ | Taj Mahal, 2 Fwd |
| 9:45pm | High Seas Karaoke (18+) | Butterflies, 1 Fwd |
| 10:00pm | Hold'Em Players Meet (18+) $ | Winner's Club Casino, 2 Mid |
| 10:00pm | Night Owls Beach Bash (6-11) $ | Camp Carnival, 5 Fwd |
| 10:15pm | Love & Marriage Show (18+) | Taj Mahal, 2, 3 & 4 Fwd |
| 11:00pm | Big Loot Draw (18+) $ | Winner's Club Casino, 2 Mid |
| 11:00pm | Serenity Nights (18+) | Serenity, 9 Aft |
| 11:00pm | Your Time LGBT Gathering | Alchemy Bar, 2 Aft |
| 11:15pm | Adult Game Night (18+) | Butterflies, 1 Fwd |

## FOOD

### BREAKFAST
| | | |
|---|---|---|
| Continental Breakfast, Mermaid's Grille, 9 Aft | | 6:00am - 9:30am |
| Lido Buffet, Mermaid's Grille, 9 Aft | | 6:30am - 9:30am |
| Omelette Station, Mermaid's Grille, 9 Aft | | 6:30am - 9:30am |
| Breakfast Open Seating, Normandie Restaurant, 2 Aft | | 7:00am - 9:00am |
| Blueiguana Cantina, 9 Mid | | 7:00am - 9:30am |
| Late Risers Buffet, Mermaid's Grille, 9 Aft | | 7:30am - 11:30am |

### LUNCH
| | | |
|---|---|---|
| Blueiguana Cantina, 9 Mid | | 12:00pm - 2:30pm |
| Chef's Choice: American, Mermaid's Grille, 9 Aft | | 12:00pm - 2:30pm |
| Chopsticks, Mermaid's Grille, 9 Aft | | 12:00pm - 2:30pm |
| Lido Buffet, Mermaid's Grille, 9 Aft | | 12:00pm - 3:30pm |
| Guy's Burger Joint, 9 Mid | | 12:00pm - 6:00pm |

### DINNER
| | | |
|---|---|---|
| Bonsai Sushi $, 2 Mid | | 5:00pm - 9:00pm |
| David's Steakhouse $, 10 Mid | | 5:30pm - 9:30pm |
| Your Time Dining, Normandie Restaurant, 3 Aft | | 5:45pm - 9:30pm |
| Early Dining, Normandie Restaurant, 2 Aft | | 6:00pm |
| Lido Buffet, Mermaid's Grille, 9 Aft | | 6:00pm - 9:30pm |
| Late Dining, Normandie Restaurant, 2 Aft | | 8:15pm |

### HUNGRY FOR MORE?
| | | |
|---|---|---|
| Pizza Pirate, 9 Aft | | 24 Hours |
| Swirls Soft Serve and FroYo, Swirls, 9 Mid | | 24 Hours |
| Carnival Deli, 9 Aft | | 11:00am - 11:00pm |
| Late Night Snacks, Mermaid's Grille, 9 Aft | | 11:30pm - 1:00am |

### DRINKS
| | | |
|---|---|---|
| Piazza Café, 2 Fwd | | 6:30am - 10:00pm |
| Coffee Bar, 9 Aft | | 7:00am - 5:00pm |
| RedFrog Rum Bar, 9 Mid | | 10:00am - Late |
| Renaissance Lobby Bar, 2 Mid | | 10:00am - 2:00am |
| Serenity Bar, 9 Aft | | 10:00am - 6:00pm |
| RedFrog Pub, 2 Fwd | | 12:00pm - 2:00am |
| Blueiguana Tequila Bar, 9 Mid | | 3:00pm - 10:00pm |
| Piazza Café, 2 Fwd | | 3:00pm - 6:00am |
| Alchemy Bar, 2 Aft | | 4:00pm - 2:00am |
| SkyBox Sports Bar, 2 Fwd | | 4:00pm - Late |
| Casino Bar, 2 Mid | | 4:00pm - Late |
| Ivory Piano Bar, 3 Fwd | | 8:00pm - Close |

### POOLS
| | | |
|---|---|---|
| Towel Station, 9 Mid | | 8:00am - 8:00pm |
| Serenity Towel Hut, 9 Aft | | 8:00am - 9:00pm |
| Forward Pool, 9 Fwd | | 8:00am - 10:00pm |
| Forward Whirlpool, 9 Fwd | | 8:00am - 10:00pm |
| Serenity Pool (21+), 9 Aft | | 8:00am - 10:00pm |
| Serenity Whirlpool (21+), 9 Aft | | 8:00am - 10:00pm |
| Spa Whirlpool (16+), 9 Fwd | | 8:00am - 10:00pm |
| Midship Pool, 9 Mid | | 9:00am - 9:00pm |
| Carnival WaterWorks, 11 Aft | | 12:00pm - Sunset |

### SPORTS & GAMES
| | | |
|---|---|---|
| Nobel Library, 3 Fwd | | 21 Hours |
| Real Virtuality Arcade, 4 Fwd | | 24 Hours |
| Sports Deck, 11 Fwd | | |
| 9:00am | Free Play: Basketball | Sports Deck, 11 Fwd |
| 9:00am | Free Play: Bean Bag Toss | Sun Deck, 10 Mid |
| 9:00am | Free Play: Daily Puzzle | Piazza Cafe, 2 Fwd |
| 9:00am | Free Play: Games & Cards | Crystal Card Room, 2 Fwd |
| 9:00am | Free Play: Mini Golf | Sports Deck, 11 Fwd |
| 9:00am | Free Play: Ping-Pong | Ping-Pong Tables, 9 Mid |
| 9:00am | Free Play: Shuffleboard | Redfrog Pub, 2 Fwd |
| 10:00am | Free Play: Bridge Players Meet (18+) | Crystal Card Room, 2 Fwd |
| 5:00pm | Free Play: Bridge Players Meet (18+) | Crystal Card Room, 2 Fwd |

## IMPORTANT:
**Safety first!** To maximize your enjoyment of your time in port, we would like to bring to your attention two advisories. Please remember that when visiting any destination on vacation, it is important to stay in main tourist areas, not carry large amounts of cash or jewelry, and generally be aware of your surroundings. According to the CDC guidance on Traveler's Health: To minimize your risk of getting any mosquito-borne illness, we suggest you wear long sleeve shirts and full length pants, preferably of a light color, and apply insect repellent that contains DEET. If using sunscreen, apply sunscreen first and insect repellent second.

---

Get FunTimes on your phone!
www.CarnivalHubApp.com

# ALL IN A DAY'S PLAY

## FOOD

**THE CHEF'S TABLE**
An exclusive experience sure to be a highlight of your cruise! Enjoy a sublime multi-course dinner and private tour during an amazing evening with our Master Executive Chef. $
*Dial 0770*

**BONSAI SUSHI**
Bonsai brings more to the table than just sushi. Get your daily fix of fresh creations from land and sea with a beautiful presentation. Don't forget dessert! $
*5:00pm - 12:00am*    *Bonsai Sushi, 2 Mid*

**TONIGHT ONLY:**
**CASUAL STEAKHOUSE EXPERIENCE** ⭐
After a fun day in port, the last thing you want to do is get dressed up for dinner. Tonight, enjoy the best American steakhouse experience at sea in your Cruise Casual attire! S
*5:30pm - 9:30pm*    *David's Steakhouse, 10 Mid*

## DRINKS

**MAKE IT A DOUBLE**
Make any liquor a double for only $3, regardless of price! Enjoy it neat, on the rocks or with your favorite mixer. Talk about an awesome deal! (21+) $

**ASK ABOUT A FISH BOWL**
Make it an event. All RedFrog Specialty Cocktails can be shared in a larger-than-life fish bowl. (21+) $
*12:00pm - 12:00am*    *RedFrog Pub, 2 Fwd*

**BLUE'S SPECIAL OF THE DAY** ⭐
SPICY MARGARITA: Make your taste buds dance! Don't forget your souvenir glass! (21+) $
*3:00pm - 7:00pm*    *BlueIguana Tequila Bar, 9 Mid*

## SHORE EXCURSIONS

Shore Excursions Desk, 2 Mid .................................... 7:00am - 10:00am
Shore Excursions Desk, 2 Mid .................................... 6:00pm - 8:00pm

**PRIVATE ISLAND GETAWAY** ⭐
How will you remember your vacation? Incredible savings on a private island getaway. See the Shore Excursions Desk for special fall excursion rates in Nassau. $
*Shore Excursions Desk, 2 Mid*

**SHORE EXCURSIONS**
Swing by the desk to choose from our amazing shore excursion options and get ready to have fun! Order your tickets today. $
*Shore Excursions Desk, 2 Mid*

## SPA

Fitness Center, 9 Fwd .................................... 6:00am - 10:30pm
Spa Carnival, 9 Fwd .................................... 8:00am - 10:00pm

**GO SMILE TEETH WHITENING** ⭐
They say a great smile is your best accessory! Get yours whiter and brighter in no time. Free consultations available. $
*Spa Carnival, 9 Fwd*

**SEMINAR: IMPROVE WALKING & POSTURE**
Got back pain? Tired of having sore knees or hip problems? The solution could be your feet. Swing by for a complimentary foot analysis.
*Aerobics Studio, 10 Fwd*
*4:00pm*

## MUSIC

**LIDO, 9 Mid**
Deck Music with DJ Saxy    *4:30pm - 5:30pm*
Deck Music with DJ Nate    *5:30pm - 6:30pm*

**ATRIUM LOBBY, 2 Mid**
Solo Guitar Sounds with Michael    *5:30pm - 6:30pm*
Solo Guitar Sounds with Michael    *7:15pm - 8:15pm*
Solo Guitar Sounds with Michael    *9:15pm - 10:15pm*
Solo Guitar Sounds with Michael    *10:30pm - 11:30pm*

**RAPHAEL LOUNGE, 3 Aft**
Pop Tunes Vintage with Serene & Coco    *6:30pm - 7:30pm*

**REDFROG PUB, 2 Fwd**
Pub Guitar with Brandon    *7:00pm - 8:00pm*
Pub Guitar with Brandon    *8:15pm - 9:15pm*
Pub Guitar with Brandon    *9:30pm - 10:30pm*
Pub Guitar with Brandon    *10:45pm - 11:45pm*

**ALCHEMY BAR, 2 Aft**
Pop Tunes Vintage with Serene & Coco    *8:00pm - 9:00pm*
Pop Tunes Vintage with Serene & Coco    *9:30pm - 10:30pm*
Pop Tunes Vintage with Serene & Coco    *10:45pm - 11:45pm*

**IVORY PIANO BAR, 3 Fwd**
Piano Bar Sing Along with Laurie    *9:00pm - 10:30pm*
Piano Bar Sing Along with Laurie (18+)    *10:30pm - Late*

## MOVIES

**DIVE-IN MOVIES: BLOCKBUSTER NIGHT** ⭐
Lights, camera, action! It's a night of big titles and big talent so grab some popcorn and your favorite beverage because the hottest movies are on the big screen just for you!
Finding Dory, PG, 1:37 hrs    *7:30pm*
Captain America: Civil War, PG-13, 2:27 hrs    *10:00pm*
*Carnival Seaside Theater, 9 Mid*

## CASINO

Winner's Club Tables, 2 Mid .................................... After Sail Away - Late
Winner's Club Slots, 2 Mid .................................... After Sail Away - 4:00am

**WIN $2,500 CASH**
Tonight join us in the casino for your chance to win $2,500 cash. Stop by the Casino Cash Desk to pick up your complimentary coupon to play either the Casino Vault or Cash Cube! (18+) $
*7:00pm - 12:00am*    *Winner's Club Casino, 2 Mid*

**TEXAS HOLD'EM PLAYERS MEET**
Looking for a little relaxation, a little competition and a whole lot of fun? Join your fellow Texas Hold'Em players for some good times. (18+) $
*8:00pm*    *Winner's Club Casino, 2 Mid*

**BIG LOOT DRAW** ⭐
The more points you earn, the more tickets you get! In today's massive BIG LOOT DRAW, for every 100 points earned you get 1 E-ticket to win casino cash! You just gotta be there! (18+) $
*11:00pm*    *Winner's Club Casino, 2 Mid*

## SHOPPING

Pixels Gallery, 3 Mid .................................... 4:00pm - 1:00am
Future Cruise Desk, 2 Fwd .................................... 5:00pm - 7:00pm
Raphael Room Art Gallery, 3 Aft .................................... 8:00pm - 9:45pm
Fun Finds Desk, 2 Fwd .................................... 6:00pm - 7:30pm
Cherry On Top, 3 Mid .................................... 6:30pm - 11:30pm
The Fun Shops, 3 Mid .................................... 6:30pm - 11:30pm

**DIGITAL CAMERAS**
Click to your heart's content and capture all your vacation memories! Visit Pixels Gallery to check out our awesome selection of digital cameras.
*Pixels Gallery, 3 Mid*

**MAKE YOUR DREAMS COME TRUE**
Capture your story with our amazing Dreams Studio experience offering custom photo shoots in your choice of unique, memorable locations. By appointment only. Book today! $
*Pixels Gallery, 3 Mid*

**BLOWOUT ART SALE: KINKADE**
Kinkade collectors rejoice! The work of one of America's most beloved artists can be yours. Sports memorabilia & animation also available. Everything must go during this sale!
*6:00pm*    *Raphael Room Art Gallery, 3 Aft*

**BEST BUYS ON FINE JEWELRY EVENT**
Get the absolute best buys on fine jewelry and enjoy up to 60% off some of our real treasures, plus an unconditional one-year guarantee.
*6:30pm*    *The Fun Shops, 3 Mid*

**TIME TO SHOP: DESIGNER WATCH EVENT**
All your favorite fashion watch brands at discounted prices! Check out Michael Kors, Fossil, G-Shock, Anne Klein, Ferrari and more at our designer watch event.
*6:30pm*    *The Fun Shops, 3 Mid*

**$100 GIFT BAG GIVEAWAY**
You've been earning raffle tickets for your purchases at The Fun Shops throughout your cruise. Now it's time to see if you're a winner!
*7:30pm*    *The Fun Shops, 3 Mid*

**ART 101: THOMAS KINKADE** ⭐
Learn about the symbolism and hidden messages as you take an exciting 30 minute journey through the life of one of the most collected artists of all time.
*7:30pm*    *Raphael Room Art Gallery, 3 Aft*

**PHOTO TIME! WITH DR. SEUSS** ⭐
A very special Dr. Seuss character will join you for memorable photos in front of a whimsical backdrop that will definitely pop in the family photo album.
*8:00pm*    *Photo Ops, 2 Fwd*

## KIDS & TEENS

*Visit Camp Carnival, Circle "C" & Club O2 for youth program details.*

**NIGHT OWLS BEACH BASH** ⭐
Who says beach parties are better in the daylight?!? Calling all kids 6-11, wear your coolest beach wear and get in on a fun night of games, music, dances and more! (6-11) $
*10:00pm*    *Camp Carnival, 5 Fwd*

CARING FOR OUR AWESOME PLANET: Carnival Cruise Line is committed to sustainability with the goal to be the industry leader in environmental excellence. Please help to conserve energy, water & reduce waste for a sustainable future. Please make all garbage must be disposed of in the appropriate bins on board and discharge of any garbage into the sea is prohibited. Carnival Fun Shops are proudly certified by ISO14001 Environmental Management System.