

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-23686-CMA/Goodman

IRIS NATHANS,

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

    Defendant.

_____/

### DEFENDANT'S NOTICE OF SERVING
### FIRST AMENDED SUPPLEMENTAL ANSWERS TO PLAINTIFF'S
### INTERROGATORIES

The Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE, by and through undersigned counsel and pursuant to Rule 33 and other pertinent Rules of Civil Procedure, hereby gives notice of serving its Supplemental Answers to Plaintiff's General Personal Injury Negligence Interrogatories to Defendant in a Maritime Passenger Case, dated November 20, 2017.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on April 16, 2018, a true and correct copy of the foregoing was sent via e-mail to all counsel on the service list below.

                                            /s/ *Juan C. Perez, Jr.*
                                        **Juan C. Perez, Jr.**
                                        Florida Bar No.: 91581
                                        jperez@admiral-law.com
                                        HORR, NOVAK & SKIPP, P.A.
                                        Two Datran Center, Suite 1700
                                        9130 South Dadeland Boulevard
                                        Miami, FL  33156
                                        Telephone: (305) 670-2525
                                        Facsimile:  (305) 672-2526
                                        ***Attorneys for Defendant, Carnival Cruise Lines***

10. Do you, the Defendant, agree that the surface on which the Plaintiff slipped and fell at the time of the subject incident was dangerous, that the Defendant was negligent in creating the dangerous condition or in allowing the dangerous condition to exist in its premises for an unreasonable length of time, and that the dangerous condition caused or contributed to the cause of the subject incident?

**ANSWER:** **No. Carnival disputes the surface on which Plaintiff allegedly slipped and fell on was dangerous. The flooring surface is slip resistant when dry and when wet. The flooring surface is in the immediate vicinity of a pool, making it possible that the flooring surface may become wet. CCTV video contradicts Plaintiff's version of how she slipped, and further depicts other passengers experiencing no difficulty traversing through the same area. Plaintiff does not know what the transitory substance was, how long it was there for, or how it got there. Carnival disputes that it was negligent in any form and further disputes a dangerous condition existed.**

If not:
a. Provide the following information on each and every incident in which someone has slipped and fallen on the same type of surface as where the subject incident occurred on the subject vessel at any time within 5 years before the date of the incident in this case and at any time since the incident:

   1. Date of incident;
   2. Full name, address, and telephone number of the person(s) involved in the incident and his/her attorney, if any;
   3. Description of how the incident happened, and what caused the incident;
   4. Description of where the incident occurred;
   5. Description of the injuries, if any, caused by the incident.
   6. If a lawsuit was filed, the full style and case number of the suit.

b. Provide the following information on each and every incident in which someone has slipped and fallen on the same type of surface on other Carnival cruise ships at any time within 5 years before the date of the incident in this case and at any time since the incident:

   1. Date of incident;
   2. Full name, address, and telephone number of the person(s) involved in the incident and his/her attorney, if any;
   3. Description of how the incident happened, and what caused the incident;
   4. Description of where the incident occurred;
   5. Description of the injuries, if any, caused by the incident.
   6. If a lawsuit was filed, the full style and case number of the suit.

**ANSWER:**

By disclosing the following names and information Carnival in no way admits or endorses that these prior incidents are substantially similar to Plaintiff's incident.

**Carnival Pride:**

Belinda Jones
Accident date: November 4, 2015
Description: While walking on Lido Deck 9, midship, port side, guest slipped and fell on wet floor.
No lawsuit filed.

Sara Heisler
Accident date: May 31, 2016
Description: Guest claimed while she was walking on Lido deck 9 midship, starboard, by Venus Pool she slipped on wet floor.
No lawsuit filed.

Laura Johnson
Accident date: July 25, 2016
Description: Walking on Lido deck by the Apollo Pool, portside, and slipped on wet floor.
No lawsuit filed.

Charlene Williams
Accident date: September 16, 2016
Description: Guest fell while walking on Lido deck on wet floor, forward, starboard side.
No lawsuit filed.

**Carnival Miracle:**

Nova Brooks
Accident date: September 3, 2014
Description: Guest slipped on wet API floor while walking on deck 9 forward, starboard side.
No lawsuit filed.

**Carol Uhler**
Accident date: October 22, 2014
Description: Female guest claimed while walking on Lido deck 9, midship, portside, by the main pool slipped on wet API floor.
No lawsuit filed.

**Rick Grimmett**
Accident date: June 23, 2015
Description: Male guest alleged he was walking on deck 9, lido, with some lemonade and slipped and fell on wet API floor.
No lawsuit filed.

**Carnival Legend:**

**Suzanne Allen**
Accident date: March 28, 2015
Description: Guest claimed she was walking on Lido deck, midship, starboard side, when she slipped on wet API floor.
No lawsuit filed.

**Rickey Mattice**
Accident date: May 6, 2016
Description: Male guest alleged while walking on Lido deck 9, forward, portside, besides the Jacuzzi, he slipped on wet API floor.

**Christophe Nicolaides**
Accident date: September 28, 2016
Description: Male guest alleged while walking on Lido Deck 9, midship, portside, he slipped on wet API floor.
No lawsuit filed.

**Carnival Spirit:**

**S.T. (minor)**
Accident date: March 13, 2016
Description: Mother of minor guest claimed her son was walking by main pool on deck 9 and he accidentally slipped on wet floor.