UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23686-CIV-ALTONAGA/Goodman

**IRIS NATHANS**,

    Plaintiff,

v.

**CARNIVAL CORPORATION**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court at a September 12, 2018 hearing [ECF No. 84] on Defendant, Carnival Corporation's *Daubert* Challenges to Plaintiff's Experts ("Motion") [ECF No. 39], filed July 3, 2018.

For the reasons stated in open court, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion **[ECF No. 39]** is **DENIED in part** and **GRANTED in part**. Dr. Richard Rozencwaig may provide testimony as to causation and the reasonableness and necessity of Plaintiff's future medical expenses. Plaintiff's expert, Anthony J. Shinsky, is not allowed to introduce in evidence information regarding prior incidents; should Defendant open the door, Plaintiff may inquire into how these prior incidents informed Mr. Shinsky's opinions.

**DONE AND ORDERED** in Miami, Florida, this 12th day of September, 2018.

                                                **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record