UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 17-cv-23686 ALTONAGA/GOODMAN

AT LAW AND IN ADMIRALTY

IRIS NATHANS,

    Plaintiff

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

    Defendant
_____/

**<u>PLAINTIFF'S NOTICE OF FILING VOIR DIRE QUESTIONS</u>**

The Plaintiffs by and through their undersigned counsel and pursuant to the Court's Order [DE 19] files this list of Plaintiff's proposed voir dire questions:

1. What radio talk shows do you listen to periodically?
2. What TV talk shows do you look at periodically?
3. Do you get your important news from CNN, Fox Cable, MSNBC, NPR, or other?
4. Briefly tell us about your formal education?
5. If you went to college what was your major?
6. Briefly tell us what work have you done as an adult.
7. Briefly tell us about the work your spouse, significant other or ex-spouse has done.
8. How many of you have grown children? Briefly tell us about the kinds of work they have done.
9. Have you or any family or friends worked for an insurance company in any capacity? Who and in what capacity?

10. Have you or any family or friends worked for a cruise line? If so, who and in what job?

11. Do you or anyone in your family have any experience or training working with people with orthopedic injuries, in adults or children? What did you do?

12. Have you ever taken a cruise? What cruise line? How many times?

13. Have you ever cruised on Carnival Cruise Line? How many times?

14. Have you ever taken any Carnival Cruise Line ship or any cruise on which you've used the pools and Lido deck of the ship? How was that experience?

15. Do you or any relative, loved one, or close friend do business with, work for, own stock in, or have any type of relationship with Carnival Cruise Line, Carnival Corporation, Holland America, Princess Cruises, or any affiliated entities? Please explain the nature of that relationship.

16. Have you or any relative, loved one, or close friend ever done business with, worked for, owned stock in, or have any type of relationship with any of those companies? Please explain the nature of that relationship and tell us who it was, their relationship to you, and when it was.

17. How many of you know anyone who works for Carnival Cruise Line, Carnival Corporation, Holland America, Princess Cruise Line, or any major cruise line (Royal Caribbean, Carnival, Princess, etc.)?

(a) Who is that and what relationship do they have with you?

(b) What does that person do for that company?

18. By a show of hands, how many of you feel that if a woman slips and falls on a pool deck that woman has to have some of the fault no matter what the evidence shows?

19. Does the Plaintiff have to overcome those feelings to any degree in order to show you that Iris Nathans' case/injuries are valid?

20. Even if you try your best to set those feelings aside, is there any chance they still may be there and may have some impact on your verdict?

21. How many of you feel that if people just exercise personal responsibility over their actions most mishaps are avoidable?

22. How many of you believe that when bad things happen to people it's a result of fate, or a plan designed by a higher being? Of those of you who believe that, does that mean that you would not hold a company responsible for holding others responsible?

23. Who feels that in this case they would be unable to apportion responsibility if both sides are partially at fault?

24. In cases like this, the jury is supposed to make its decision on whether the plaintiff is slightly more right than wrong. Some folks feel that this is not fair, that it is too easy for the plaintiff. Other folks feel it is fair. Which side are you a little closer to?

25. How many of you feel that if a cruise line provides a pool on the ship that the cruise passengers come on and use that at their own risk?

26. How many of you have any negative feelings or opinions about people who sue large companies? What are those feelings or opinions?

27. How many of you have negative feelings or opinions about large verdicts or settlements? What are those feelings or opinions?

28. Some people object to serving on a jury because they think that it is wrong to sit in judgement of another person. Do you feel that way? Please explain.

29. What concerns if any do you have about giving people money for bodily injuries and pain and suffering they have experienced as a result of the misconduct of others?

30. Do you think that verdicts are too high, too low, or about right? Please explain.

31. Have you heard about verdicts in the hundreds of millions awarded? How do you feel about that? Do you know what injuries the people in those verdicts suffered?

32. Do you feel that verdicts should be limited in some way? Should there be a cap on damages? How might your feelings affect you if you served as a juror in this case?

33. How many of you feel that a significant verdict against Carnival Cruise Line would have a negative impact on the cruise industry in general?

34. Assuming that the Plaintiff proves its case, how many of you are leaning towards lowering the verdict against Carnival Cruise Line because it employs a lot of people and jobs are scarce?

35. How many of you are against bringing back an award for a large sum of money for mental pain and suffering, no matter what the evidence may show?

36. How many of you have ever been sued?

37. How many of you are concerned about layoffs or changes in your work because of the economy?

38. How many of you have recently lost their jobs, have been unable to find a job or a job that was comparable to the one you had?

39. How many people today have a real fear of losing their job or home?

40. How many people believe that there are just too many lawsuits. That people file lawsuits for just about anything?

41. What % of all lawsuits in USA are frivolous?

42. What's the difference b/w a frivolous and a legitimate lawsuit?

43. How many believe that because of the hard times more people file lawsuits.

44. How many people view personal injury lawsuits as a lawsuit lottery (people just want to hit the jackpot so they sue)?

4

45. How many of you think that this case is a frivolous lawsuit?

46. Does anyone here feel sympathy for businesses that get sued by their customers like cruise passengers?

47. How many of you have had bad experiences with an attorney?

48. This is this the plaintiff's only day in Court, does anyone disagree with our civil justice system that provides the people with an opportunity to have a jury decide his case?

49. How many of you feel that if you cause harm to someone by not following the rules of safety that you are responsible for 100% of the harm?

50. You have the right to serve on a jury which follows the law. So, if you are in the jury room and another juror is not following the law, would you feel comfortable in raising your hand and telling the foreman or forewoman or the marshal that someone is raising an issue which should not be considered?

51. Does everyone understand that if Carnival Cruise Line does not offer sufficient evidence of negligence against Iris Nathans that you are obligated to return a verdict for the Plaintiff, Iris Nathans, in this matter?

Respectfully Submitted,

*s/ Christopher B. Smith*
**JOHN H. HICKEY** (FBN 305081)
hickey@hickeylawfirm.com
**CHRISTOPHER B. SMITH** (FBN 0121925)
csmith@hickeylawfirm.com
**HICKEY LAW FIRM, P.A**.
1401 Brickell Avenue, Suite 510
Miami, FL  33131
Phone: (305) 371-8000
Fax: (305) 371-3542
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this day of September 24, 2018. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

        *s/ Christopher B. Smith*
CHRISTOPHER B. SMITH
(FBN 0121925)

## SERVICE LIST

### CASE NO.: 17-cv-23686 ALTONAGA/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>Email: hickey@hickeylawfirm.com<br>Christopher B. Smith, Esq. (FBN 121925)<br>Email: csmith@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Attorneys for Plaintiff* | David J. Horr, Esq. (FBN 310761)<br>Email: dhorr@admiral-law.com<br>Juan C. Perez, Esq. (FBN 91581)<br>Email: jperez@admiral-law.com<br>Horr, Novak & Skipp, P.A.<br>Two Datran Center, Suite 1700<br>9130 South Dadeland Boulevard.<br>Miami, FL  33156<br>Tel. (305) 670-2525<br>Fax (305) 670-2526<br>*Attorneys for Defendant* |