UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 17-cv-23686-CMA
AT LAW AND IN ADMIRALTY

IRIS NATHANS,

    Plaintiffs,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

    Defendant.
_____/

## NOTICE OF FILING
## JOINT STATEMENT OF THE CASE REGARDING VOIR DIRE

Pursuant to DE 75, ¶ 6, and following conferral between the parties, the parties hereby file this statement for use during voir dire:

On November 30, 2016, Plaintiff, Iris Nathans alleges that she slipped and fell onboard the Carnival Cruise ship Carnival *Pride*. Plaintiff Nathans alleges that Carnival failed to clean up and/or warn her about an area of water on the ship's Lido deck. Nathans alleges Carnival's negligence caused injuries, including a right femur fracture. Carnival denies those allegations and alleges that Carnival exercised reasonable care toward Nathans. Carnival alleges that it was not at fault and/or that Nathans shared in the fault for her injuries.

    Respectfully Submitted,

    s/Christopher B. Smith
    John H. Hickey, Esq. (FBN 305081)
    hickey@hickeylawfirm.com
    Christopher B. Smith (FBN 0121925)
    csmith@hickeylawfirm.com
    Hickey Law Firm, P.A.
    1401 Brickell Avenue, Suite 510

Miami, FL  33131  
Phone: (305) 371-8000  
Fax: (305) 371-3542  
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:  *s/ Christopher B. Smith*  
csmith@hickeylawfirm.com  
FBN: 121925

## **SERVICE LIST**

NATHANS v. CARNIVAL CORP.
United States District Court, Southern District of Florida

CASE NO.: 17-cv-23686 ALTONAGA/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>Email: hickey@hickeylawfirm.com<br>Christopher B. Smith, Esq. (FBN 121925)<br>Email: csmith@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Attorneys for Plaintiff* | David J. Horr, Esq. (FBN 310761)<br>Email: dhorr@admiral-law.com<br>Juan C. Perez, Esq. (FBN 91581)<br>Email: jperez@admiral-law.com<br>Horr, Novak & Skipp, P.A.<br>Two Datran Center, Suite 1700<br>9130 South Dadeland Boulevard.<br>Miami, FL 33156<br>Tel. (305) 670-2525<br>Fax (305) 670-2526<br>*Attorneys for Defendant* |