UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23686-CIV-ALTONAGA/Goodman

IRIS NATHANS,

    Plaintiff,
v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court at a September 25, 2018 hearing [ECF No. 89] on Plaintiff, Iris Nathans's Consolidated Motions in Limine [ECF No. 65], and Defendant, Carnival Corporation's Omnibus Motion in *Limine* [ECF No. 61], both filed July 31, 2018. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that

1. Plaintiff, Iris Nathans's Consolidated Motion in Limine **[ECF No. 65]** is **GRANTED in part** and **DENIED in part** as follows:

    A. The Motion is **DENIED** as to evidence of write-offs of Plaintiff's medical expenses.

    B. The Motion is **DENIED** as to documentary evidence of alcoholic beverage purchases by Plaintiff.

    C. The Motion is **GRANTED** as to Plaintiff's worker's compensation records. Defendant may inquire as to Plaintiff's disability and introduce redacted copies of the worker's compensation records. Defendant may refer to Plaintiff's worker's compensation claim and

      un-redacted records including reference to such claim for impeachment purposes only.

2. Defendant's Omnibus Motion in *Limine* **[ECF No. 61]** is **GRANTED in part** and **DENIED in part**.

   A. The Motion is **GRANTED** as to evidence of Plaintiff's full medical bills to the extent of any amounts written off and thus unpaid.

   B. The Motion is **GRANTED in part** as to prior slip and fall incidents. Plaintiff may reference prior slip and fall incidents that were substantially similar to the incident in this case and involved the same flooring.

   C. The Motion is **DENIED** as to the testimony of Plaintiff's liability expert, Anthony Shinsky. Plaintiff's expert is permitted to refer to applicable floor standards.

3. Given resolution of one of the criminal cases on the Court's two-week trial calendar, and notwithstanding the Court and the parties' understanding trial would commence the second week of the trial period, the parties shall be prepared to begin trial on **Monday, October 1, 2018**, as explained in the Courtroom Deputy's September 25, 2018, 2:25 p.m. email to the parties. Accommodations may be made for any witnesses who are unavailable and may be addressed at the charge conference **Friday, September 28, 2018**.

CASE NO. 17-23686-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 25th day of September, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record