UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-CV-23686 ALTONAGA/GOODMAN

AT LAW AND IN ADMIRALTY

IRIS NATHANS,

    Plaintiff
v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE

    Defendant.
_____/

### NOTICE OF SETTLEMENT AND MOTION FOR THE COURT TO RETAIN JURISDICTION UNTIL THE SETTLEMENT IS CONSUMMATED

Plaintiff, IRIS NATHANS, by and through her undersigned counsel, hereby notify the Court and all interested parties that the parties to this suit have entered into a full and complete settlement agreement on the above captioned case, and further say:

1. The terms and conditions of the settlement are confidential. The Parties agree that the settlement of this action is not consummated until all settlement funds are tendered to Plaintiff's counsel and all such funds clear normal banking channels. Under the terms of the confidential settlement agreement, the Defendant has 20 days from the date of receipt of the executed release within which to tender the settlement funds.

2. For these reasons, the parties respectfully request that the Court retain jurisdiction for a minimum of 45 days in order to enforce the terms and conditions of the confidential settlement agreement. Once the settlement has been consummated, the parties will promptly file a Stipulation for Dismissal with Prejudice.

3. This motion is being filed pursuant to and in full compliance with Fed. R. Civ. P. 41(a), *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and *Anago Franchising, Inc. v. Shaz*, LLC, 677 F. 3d 1272 (11th Cir. 2012).

4. **L.R. 7.1 Conferral**: Before filing this Notice of Settlement and Motion for the Court to retain jurisdiction until the Settlement is consummated, the parties conferred, and the Defendant does not oppose this request for relief.

WHEREFORE, the Plaintiff respectfully request this Court retain jurisdiction for 45 days from the present date and grant all other relief that the Court deems just and proper.

Respectfully submitted,

By: /s/Christopher B. Smith
**John H. Hickey, Esq.** (FBN 305081)
hickey@hickeylawfirm.com
**Christopher B. Smith, Esq (0121925)**
**csmith@hickeylawfirm.com**
**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue, Suite 510
Miami, FL  33131-3504
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 27th day of September 2018. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: *s/ Christopher B. Smith*
**Christopher B. Smith**

## SERVICE LIST

### CASE NO.: 17-cv-23686 ALTONAGA/GOODMAN

| John H. Hickey, Esq. (FBN 305081)<br>Email: hickey@hickeylawfirm.com<br>Christopher B. Smith, Esq. (FBN 121925)<br>Email: csmith@hickeylawfirm.com<br>Kathleen Phillips, Esq. (FBN 168149)<br>Email: kphillips@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Attorneys for Plaintiff* | David J. Horr, Esq. (FBN 310761)<br>Email: dhorr@admiral-law.com<br>Juan C. Perez, Esq. (FBN 91581)<br>Email: jperez@admiral-law.com<br>Horr, Novak & Skipp, P.A.<br>Two Datran Center, Suite 1700<br>9130 South Dadeland Boulevard.<br>Miami, FL 33156<br>Tel. (305) 670-2525<br>Fax (305) 670-2526<br>*Attorneys for Defendant* |